

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

May 5, 2006

**WILLIAM L. STANDISH**
**DISTRICT JUDGE**

**605 U.S. COURTHOUSE**
**PITTSBURGH, PA 15219**
**(412) 208-7430**

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

RE:  Calendar Year 2005 Filing

Ladies and Gentlemen:

Enclosed herewith for filing are the original and three copies of my Financial Disclosure Report for the period beginning January 1, 2005 and ending December 31, 2005.

Very truly yours,

████████ █ ███████

William L. Standish

WLS/md

Enclosure

RECEIVED
2006 MAY 12 A 10: 07
FINANCIAL
DISCLOSURE OFFICE

| New Trust Name | Previous Trust Name | Bank Acct Number |
|---|---|---|
| Trust #13 | ███ Trust #1 | ████ |
| Trust #14 | ███ Trust #1 | ████ |
| Trust #15 | ████ Trust #1 | ████ |
| Trust #16 | ███ Trust #2 | |
| Trust #17 | ████ Trust #1 | ████ |
| Trust #18 | ████ Trust #2 | ████ |
| Trust #19 | ██████ Trust #1 | ████ |
| Trust #20 | ██████ Trust #2 | ████ |
| Trust #21 | ██████ Trust #3 | ████ |

RECEIVED

2006 MAY 12 A 10: 07

FINANCIAL
DISCLOSURE OFFICE

*The names of these Trusts were changed for security reasons.*

*This form is not part of the Financial Disclosure Report but is provided solely for the convenience*

*of the Reviewers in comparing this year with last year. Please destroy after review. Thank you.*

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2005** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Standish, William L | 2. Court or Organization U.S. Dist Court, W. Dist of PA | 3. Date of Report 5/4/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 6170 U.S. Post Office & Cthse 700 Grant Street Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No. 15 |
| 4. Co-Trustee | Co-Trustee of Trust No. 16 |
| 5. Trustee | Western Pennsylvania School for the Deaf |
| 6. Trustee | Sewickley Valley YMCA |
| 7. Director | Pittsburgh Theological Seminary |

FINANCIAL DISCLOSURE OFFICE 2006 MAY 12 A 10: 09 RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| | | (yours, not spouse's) |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust #1 (1/8 Income Int) | G | Div & Int | P2 | T | | | N | F | See Section VIII #1 |
| 2. -Blackrock PA Muni MM Inst Cl Fd #40 | | | | | Mon Mkt Inv | | | | |
| 3. -Allegheny Cnty PA Hosp Dev Auth Muni Bd | | | | | | | | | |
| 4. -Boyertown PA Area Sch Dist Muni Bd | | | | | | | | | |
| 5. -Clark Cnty Wash Pub Util Dist | | | | | | | | | |
| 6. -Coatesville PA Sch Dist Muni Bd | | | | | | | | | |
| 7. -Colorado Wtr Res & Pwr Auth (Ex for Co ..WR&P Dev) | | | | | Exchanged | 05/24 | | | |
| 8. -Colorado Wtr Res & Power Dev Auth (Recd fr ..CoW,R &P) | | | | | Received | 05/24 | | | |
| 9. -Connecticut St Ser D MBIA | | | | | | | | | |
| 10. -Fargo ND Ref & Impt Ser-AGO BEO | | | | | | | | | |
| 11. -Hamilton Cnty OH Sewers Systems | | | | | Bot | 10/18 | | | |
| 12. -Hays Co Tex, Co Book Entry FGIC | | | | | | | | | |
| 13. -Illinois St Muni Bd | | | | | | | | | |
| 14. -Indiana St Edl Facs Auth Rev | | | | | | | | | |
| 15. -Jefferson Cnty, TX Muni Bd | | | | | | | | | |
| 16. -Jordan Utah Schl Dist Sch Bldg | | | | | | | | | |
| 17. -Lake Cnty Ill Cmnty Cons Sch Dist | | | | | Bot | 10/18 | | | |
| 18. -Manitowoc Cnty, WI Muni Bd | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,00 ,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Maricopa Cnty, AZ Uni Sch District | | | | | | | | | |
| 20. -Metro Cnty Minn St-Paul Sewr | | | | | | | | | |
| 21. -New York St Twy Auth Hwy & Bridge | | | | | | | | | |
| 22. -New York St Urban Dev Corp | | | | | Bot | 10/18 | | | |
| 23. -Novi Mich Comnty Dch Dist Bldg & Site | | | | | | | | | |
| 24. -PA St Tpk Commisson Oil Franchise | | | | | | | | | |
| 25. -Phila PA Ind Dev Auth Muni Bd | | | | | | | | | |
| 26. -Ridley PA Sch Dist Muni Bd | | | | | | | | | |
| 27. -Victoria Tx, GO FGIC BEO | | | | | | | | | |
| 28. -Washington St Muni Bd | | | | | | | | | |
| 29. -Abbott Laboratories Inc | | | | | | | | | |
| 30. -Acco Brands Corp (Rec'd fr Fortune Brands ..spinoff) | | | | | Received | 08/18 | | | |
| 31. -Acco Brands Corp | | | | | Sold | 08/26 | | | |
| 32. -Air Products & Chemicals | | | | | | | | | |
| 33. -Altria Group Inc | | | | | | | | | |
| 34. -American Express Co | | | | | Bot | 10/18 | | | |
| 35. -American Int'l Group Inc | | | | | Sold | 10/18 | | | |
| 36. -Automatic Data Processing | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.  -BP PLC Spons ADR | | | | | | | | | |
| 38.  -Bank of America Corp | | | | | | | | | |
| 39.  -Bank of America Corp | | | | | Bot | 10/18 | | | |
| 40.  -Bristol Myers Squibb Co | | | | | | | | | |
| 41.  -Caterpillar Inc | | | | | Bot | 10/18 | | | |
| 42.  -Cisco Systems Inc | | | | | | | | | |
| 43.  -Citigroup Inc | | | | | | | | | |
| 44.  -Coca Cola Co | | | | | | | | | |
| 45.  -Dell Inc | | | | | | | | | |
| 46.  -Dominion Resources Inc | | | | | | | | | |
| 47.  -Emerson Electric Co | | | | | | | | | |
| 48.  -Exxon Mobil Corp | | | | | Part Sold | 10/14 | | | |
| 49.  -Federal National Mtg Assn (Also known as ..Fannie Mae) | | | | | Sold | 10/18 | | | |
| 50.  -First Data Corp | | | | | | | | | |
| 51.  -Fortune Brands Inc (spinoff of Acco Brands Corp) | | | | | Spinoff | 08/18 | | | |
| 52.  -Fortune Brands Inc | | | | | Bot | 10/18 | | | |
| 53.  -General Electric Co | | | | | | | | | |
| 54.  -H J Heinz Co | | | | | | | | | |

1. Income/Gain Codes:     A  = $1,000 or less     B  = $1,001-$2,500     C  = $2,501-$5,000     D  = $5,001-$15,000     E  = $15,001-$50,000
   (See Columns B1 and D4)     F  = $50,001-$100,000     G  = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000     M  = $100,001-$250,000
   (See Columns C1 and D3)     N  = $250,000-$500,000     O  = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q  = Appraisal     R  = Cost (Real Estate Only)     S  = Assessment     T  = Cash/Market
   (See Column C2)     U  = Book Value     V  = Other     W  = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Home Depot Inc | | | | | | | | | |
| 56. -Illinois Tool Works Inc | | | | | | | | | |
| 57. -Ingersoll Rand | | | | | | | | | |
| 58. -Intel Corp | | | | | | | | | |
| 59. -Int'l Business Machines Corp | | | | | | | | | |
| 60. -Lucent Tech Inc (Fr Class Action Settlement) | | | | | Received | 01/03 | | | |
| 61. -Lucent Tech Inc | | | | | Sold | 09/09 | | | |
| 62. -MBNA Corp | | | | | | | | | |
| 63. -McGraw Hill Cos Inc | | | | | Bot | 10/18 | | | |
| 64. -Merck & Co | | | | | | | | | |
| 65. -Microsoft Corp | | | | | | | | | |
| 66. -JP Morgan Chase & Co | | | | | | | | | |
| 67. -Nokia Corp | | | | | Bot | 10/18 | | | |
| 68. -Old Republic Int'l Corp | | | | | | | | | |
| 69. -Oracle Corp | | | | | | | | | |
| 70. -Pfizer Inc | | | | | | | | | |
| 71. -Safeco Corp | | | | | Bot | 10/18 | | | |
| 72. -Southern Co | | | | | Bot | 10/18 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | -3M Co | | | | | | | | | |
| 74. | -Texas Instruments Inc | | | | | Bot | 10/18 | | | |
| 75. | -United Technologies Corp | | | | | Bot | 10/18 | | | |
| 76. | -Verizon Comm Inc | | | | | | | | | |
| 77. | -Walgreen Co | | | | | | | | | |
| 78. | -Wal-Mart Stores Inc | | | | | Sold | 10/18 | | | |
| 79. | -Wells Fargo & Co New | | | | | | | | | |
| 80. | -Wyeth | | | | | | | | | |
| 81. | -Zimmer Holdings Inc | | | | | | | | | |
| 82. | Trust #2          (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 83. | -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 84. | -Mellon Money Market Fund | | | | | Bot | 02/17 | | | |
| 85. | -Mellon Money Market Fund | | | | | Sold | 03/04 | | | |
| 86. | -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 87. | -Bensalem Twp PA Sch Dist Muni Bd | | | | | Matured | 07/15 | | | |
| 88. | -Bucks County PA Muni Bd | | | | | | | | | |
| 89. | -Fleetwood PA Area School | | | | | | | | | |
| 90. | -Pennsylvania St Univ Ser B Muni Bd | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Phila PA Sch Muni Bd | | | | | | | | | |
| 92. -Abbott Laboratories | | | | | | | | | |
| 93. -Abbott Laboratories | | | | | Bot | 02/24 | | | |
| 94. -Abbott Laboratories | | | | | Bot | 03/17 | | | |
| 95. -Abbott Laboratories | | | | | Sold | 12/02 | | | |
| 96. -Aetna US Healthcare Inc | | | | | Sold | 02/09 | | | |
| 97. -Agilent Technologies Inc | | | | | Sold | 01/27 | | | |
| 98. -Alltell Corp | | | | | Bot | 07/27 | | | |
| 99. -Alltell Corp | | | | | Bot | 09/07 | | | |
| 100. -Altria Group Inc | | | | | | | | | |
| 101. -Altria Group Inc | | | | | Bot | 03/17 | | | |
| 102. -Altria Group Inc | | | | | Part Sold | 07/27 | | | |
| 103. -Altria Group Inc | | | | | Bot | 09/07 | | | |
| 104. -Altria Group Inc | | | | | Part Sold | 09/14 | | | |
| 105. -Amdocs Ltd | | | | | Bot | 02/09 | | | |
| 106. -Amdocs Ltd | | | | | Bot | 03/17 | | | |
| 107. -American Express Co | | | | | | | | | |
| 108. -American Express Co | | | | | Bot | 03/17 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -American Express Co | | | | | Bot | 05/03 | | | |
| 110. -American Express Co (Spinoff of Amerprise Fin) | | | | | Spinoff | 10/03 | | | |
| 111. -American International Group | | | | | | | | | |
| 112. -American International Group | | | | | Bot | 03/17 | | | |
| 113. -American International Group | | | | | Part Sold | 07/27 | | | |
| 114. -American International Group | | | | | Bot | 08/09 | | | |
| 115. -American International Group | | | | | Bot | 09/07 | | | |
| 116. -Amerida Hess Corp | | | | | | | | | |
| 117. -Amerida Hess Corp | | | | | Bot | 03/17 | | | |
| 118. -Amerprise Fin Inc (Rec fr American Exp spinoff) | | | | | Received | 10/03 | | | |
| 119. -Amgen Inc | | | | | | | | | |
| 120. -Amgen Inc | | | | | Bot | 02/09 | | | |
| 121. -Amgen Inc | | | | | Bot | 03/17 | | | |
| 122. -Amgen Inc | | | | | Part Sold | 05/03 | | | |
| 123. -Amgen Inc | | | | | Part Sold | 07/27 | | | |
| 124. -Amgen Inc | | | | | Bot | 09/07 | | | |
| 125. -Apache Corp | | | | | | | | | |
| 126. -Apache Corp | | | | | Bot | 02/24 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. -Apache Corp | | | | | Bot | 03/17 | | | |
| 128. -AT&T Inc (Rec fr SBC Comm name chg) | | | | | Received | 11/21 | | | |
| 129. -Bank One Corp | | | | | Sold | 01/10 | | | |
| 130. -Boeing Co | | | | | Sold | 01/20 | | | |
| 131. -Boston Scientific Corp | | | | | Sold | 03/08 | | | |
| 132. -Capital One Financial Corp | | | | | | | | | |
| 133. -Capital One Financial Corp | | | | | Bot | 03/17 | | | |
| 134. -Capital One Financial Corp | | | | | Bot | 11/16 | | | |
| 135. -Caterpillar Inc | | | | | | | | | |
| 136. -Caterpillar Inc | | | | | Bot | 01/19 | | | |
| 137. -Caterpillar Inc | | | | | Bot | 03/17 | | | |
| 138. -Caterpillar Inc | | | | | Bot | 05/03 | | | |
| 139. -Caterpillar Inc | | | | | Part Sold | 05/26 | | | |
| 140. -Caterpillar Inc | | | | | Part Sold | 06/15 | | | |
| 141. -Caterpillar Inc | | | | | Bot | 07/27 | | | |
| 142. -Caterpillar Inc | | | | | Bot | 09/07 | | | |
| 143. -Chicos Fas Inc | | | | | Bot | 09/02 | | | |
| 144. -Cisco Systems Inc | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. -Cisco Systems Inc | | | | | Bot | 03/17 | | | |
| 146. -Cisco Systems Inc | | | | | Part Sold | 05/03 | | | |
| 147. -Cisco Systems Inc | | | | | Part Sold | 07/27 | | | |
| 148. -Cisco Systems Inc | | | | | Part Sold | 09/02 | | | |
| 149. -Cisco Systems Inc | | | | | Bot | 09/07 | | | |
| 150. -Citigroup Inc | | | | | Part Sold | 03/10 | | | |
| 151. -Coca Cola Co | | | | | Bot | 09/14 | | | |
| 152. -Concophillips | | | | | | | | | |
| 153. -Concophillips | | | | | Bot | 02/24 | | | |
| 154. -Concophillips | | | | | Bot | 03/17 | | | |
| 155. -Concophillips | | | | | Part Sold | 05/03 | | | |
| 156. -Corning Inc | | | | | Bot | 09/02 | | | |
| 157. -Danaher Corp | | | | | Bot | 03/16 | | | |
| 158. -Danaher Corp | | | | | Part Sold | 05/03 | | | |
| 159. -Danaher Corp | | | | | Bot | 08/09 | | | |
| 160. -Danaher Corp | | | | | Bot | 09/17 | | | |
| 161. -Deere & Co | | | | | | | | | |
| 162. -Deere & Co | | | | | Bot | 03/17 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. -Deere & Co | | | | | Sold | 04/05 | | . | |
| 164. -Dell Inc | | | | | | | | | |
| 165. -Dell Inc | | | | | Bot | 03/17 | | | |
| 166. -Dell Inc | | | | | Part Sold | 05/03 | | | |
| 167. -Dell Inc | | | | | Part Sold | 12/02 | | | |
| 168. -Walt Disney Co | | | | | | | | | |
| 169. -EMC Corp Mass | | | | | | | | | |
| 170. -EMC Corp Mass | | | | | Bot | 03/17 | | | |
| 171. -EMC Corp Mass | | | | | Part Sold | 05/03 | | | |
| 172. -EMC Corp Mass | | | | | Part Sold | 07/27 | | | |
| 173. -EMC Corp Mass | | | | | Bot | 09/07 | | | |
| 174. -Ebay Inc | | | | | | | | | |
| 175. -Ebay Inc | | | | | Bot | 01/25 | | | |
| 176. -Ebay Inc | | | | | Bot | 03/17 | | | |
| 177. -Ebay Inc | | | | | Bot | 05/03 | | | |
| 178. -Ebay Inc | | | | | Part Sold | 07/26 | | | |
| 179. -Ebay Inc | | | | | Bot | 07/27 | | | |
| 180. -Electronic Arts Inc | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 181.  -Electronic Arts Inc | | | | | Bot | 03/17 | | | |
| 182.  -Electronic Arts Inc | | | | | Part Sold | 07/27 | | | |
| 183.  -Exelon Corp | | | | | | | | | |
| 184.  -Exelon Corp | | | | | Bot | 03/17 | | | |
| 185.  -Exelon Corp | | | | | Part Sold | 07/27 | | | |
| 186.  -Exelon Corp | | | | | Bot | 09/07 | | | |
| 187.  -Exxon Mobil Corp | | | | | Part Sold | 03/10 | | | |
| 188.  -Fisher Scientific Intl Inc | | | | | Bot | 07/27 | | | |
| 189.  -Freeport-Mcm Copr Gold Cl B | | | | | | | | | |
| 190.  -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 03/17 | | | |
| 191.  -Freeport-Mcm Copr Gold Cl B | | | | | Part Sold | 07/27 | | | |
| 192.  -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 09/07 | | | |
| 193.  -General Dynamics Corp | | | | | Sold | 03/16 | | | |
| 194.  -General Electric Co | | | | | Part Sold | 03/10 | | | |
| 195.  -General Mills Inc | | | | | | | | | |
| 196.  -General Mills Inc | | | | | Bot | 03/17 | | | |
| 197.  -General Mills Inc | | | | | Sold | 07/27 | | | |
| 198.  -Genzyme Corp | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. -Genzyme Corp | | | | | Bot | 03/17 | | | |
| 200. -Goldman Sachs Group Inc | | | | | | | | | |
| 201. -Goldman Sachs Group Inc | | | | | Bot | 01/11 | | | |
| 202. -Goldman Sachs Group Inc | | | | | Bot | 03/17 | | | |
| 203. -Goldman Sachs Group Inc | | | | | Part Sold | 07/27 | | | |
| 204. -Goldman Sachs Group Inc | | | | | Bot | 09/07 | | | |
| 205. -Halliburton Co | | | | | Sold | 01/11 | | | |
| 206. -Home Depot Inc | | | | | Sold | 01/12 | | | |
| 207. -Honeywell Int'l Inc | | | | | | | | | |
| 208. -Honeywell Int'l Inc | | | | | Bot | 03/17 | | | |
| 209. -Honeywell Int'l Inc | | | | | Part Sold | 05/03 | | | |
| 210. -Honeywell Int'l Inc | | | | | Part Sold | 07/27 | | | |
| 211. -Honeywell Int'l Inc | | | | | Bot | 09/07 | | | |
| 212. -Inco Ltd | | | | | Bot | 04/05 | | | |
| 213. -Inco Ltd | | | | | Bot | 05/03 | | | |
| 214. -Ingersoll-Rand Co Cl A | | | | | | | | | |
| 215. -Ingersoll-Rand Co Cl A | | | | | Bot | 01/19 | | | |
| 216. -Ingersoll-Rand Co Cl A | | | | | Bot | 03/17 | | | |

1. Income/Gain Codes:    A. = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. -Ingersoll-Rand Co Cl A | | | | | Part Sold | 07/27 | | | |
| 218. -Ingersoll-Rand Co Cl A | | | | | Bot | 09/07 | | | |
| 219. -Intel Corp | | | | | | | | | |
| 220. -Intel Corp | | | | | Bot | 03/17 | | | |
| 221. -Intel Corp | | | | | Bot | 05/03 | | | |
| 222. -Intel Corp | | | | | Part Sold | 07/27 | | | |
| 223. -Intel Corp | | | | | Bot | 09/07 | | | |
| 224. -Johnson & Johnson | | | | | | | | | See Section VIII #2 |
| 225. -Kimberly Clark Corp | | | | | | | | | |
| 226. -Kohls Corp | | | | | Sold | 02/16 | | | |
| 227. -Lehman Bros Hldgs Inc | | | | | Bot | 03/16 | | | |
| 228. -Lexmark Intl Group Cl A | | | | | Sold | 02/25 | | | |
| 229. -Lilly Eli & Co | | | | | | | | | |
| 230. -Lilly Eli & Co | | | | | Bot | 03/17 | | | |
| 231. -Lilly Eli & Co | | | | | Bot | 04/29 | | | |
| 232. -Lilly Eli & Co | | | | | Bot | 05/03 | | | |
| 233. -Lilly Eli & Co | | | | | Bot | 07/27 | | | |
| 234. -Lilly Eli & Co | | | | | Bot | 09/07 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 235. -Lilly Eli & Co | | | | | Sold | 12/02 | | | |
| 236. -Lowes Cos | | | | | Bot | 01/12 | | | |
| 237. -Lowes Cos | | | | | Bot | 03/17 | | | |
| 238. -Lowes Cos | | | | | Part Sold | 05/03 | | | |
| 239. -Marvell Tech Group | | | | | Bot | 09/02 | | | |
| 240. -Masco Corp | | | | | | | | | |
| 241. -Masco Corp | | | | | Bot | 03/17 | | | |
| 242. -Masco Corp | | | | | Part Sold | 07/27 | | | |
| 243. -Masco Corp | | | | | Sold | 09/06 | | | |
| 244. -Maxim Integraded Products Inc | | | | | | | | | |
| 245. -Maxim Integrated Products Inc | | | | | Bot | 02/24 | | | |
| 246. -Maxim Integrated Products Inc | | | | | Bot | 03/17 | | | |
| 247. -Maxim Integrated Products Inc | | | | | Sold | 12/02 | | | |
| 248. -MBNA Corp | | | | | | | | | |
| 249. -MBNA Corp | | | | | Bot | 03/17 | | | |
| 250. -McGraw Hill Cos Inc | | | | | Bot | 01/11 | | | |
| 251. -McGraw Hill Cos Inc | | | | | Bot | 03/17 | | | |
| 252. -McGraw Hill Cos Inc | | | | | Part Sold | 05/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. -McGraw Hill Cos Inc | | | | | Bot | 09/07 | | | |
| 254. -Medtronic Inc | | | | | | | | | |
| 255. -Medtronic Inc | | | | | Bot | 02/09 | | | |
| 256. -Medtronic Inc | | | | | Bot | 03/08 | | | |
| 257. -Medtronic Inc | | | | | Part Sold | 05/03 | | | |
| 258. -Microsoft Corp | | | | | | | | | |
| 259. -Microsoft Corp | | | | | Bot | 03/17 | | | |
| 260. -Microsoft Corp | | | | | Bot | 05/03 | | | |
| 261. -Microsoft Corp | | | | | Part Sold | 07/27 | | | |
| 262. -Microsoft Corp | | | | | Bot | 09/07 | | | |
| 263. -JP Morgan Chase & Co | | | | | | | | | |
| 264. -JP Morgan Chase & Co | | | | | Bot | 03/17 | | | |
| 265. -JP Morgan Chase & Co | | | | | Part Sold | 05/03 | | | |
| 266. -Morgan Stanley | | | | | Sold | 03/16 | | | |
| 267. -Motorola Inc | | | | | Bot | 08/09 | | | |
| 268. -Motorola Inc | | | | | Bot | 09/07 | | | |
| 269. -Neehan Paper Inc | | | | | Sold | 02/07 | | | |
| 270. -News Corp Inc | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 B = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. -News Corp Inc | | | | | Bot | 03/17 | | | |
| 272. -News Corp Inc | | | | | Bot | 05/03 | | | |
| 273. -News Corp Inc | | | | | Part Sold | 07/27 | | | |
| 274. -News Corp Inc | | | | | Bot | 09/07 | | | |
| 275. -News Corp Inc | | | | | Sold | 12/02 | | | |
| 276. -Nextel Comm Inc Cl A | | | | | | | | | |
| 277. -Nextel Comm Inc Cl A | | | | | Bot | 03/17 | | | |
| 278. -Nextel Comm Inc Cl A | | | | | Bot | 05/03 | | | |
| 279. -Nextel Comm Inc Cl A | | | | | Part Sold | 07/27 | | | |
| 280. -Nextel Comm Inc Cl A (Merged with Sprint Corp) | | | | | Merged | 08/17 | | | |
| 281. -Noble Corp | | | | | | | | | |
| 282. -Noble Corp | | | | | Bot | 03/17 | | | |
| 283. -Noble Corp | | | | | Bot | 05/03 | | | |
| 284. -Nobel Corp | | | | | Bot | 09/07 | | | |
| 285. -Paychex Inc | | | | | Sold | 02/10 | | | |
| 286. -Pepsico Inc | | | | | | | | | |
| 287. -Pepsico Inc | | | | | Bot | 02/09 | | | |
| 288. -Pepsico Inc | | | | | Bot | 03/17 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. -Pepsico Inc | | | | | Part Sold | 07/27 | | | |
| 290. -Pepsico Inc | | | | | Bot | 09/07 | | | |
| 291. -Pfizer Inc | | | | | | | | | |
| 292. -Pfizer Inc | | | | | Bot | 03/17 | | | |
| 293. -Pfizer Inc | | | | | Bot | 05/03 | | | |
| 294. -Pfizer Inc | | | | | Part Sold | 07/27 | | | |
| 295. -Pfizer Inc | | | | | Bot | 09/07 | | | |
| 296. -Pfizer Inc | | | | | Sold | 12/02 | | | |
| 297. -PPL Corp | | | | | Bot | 09/02 | | | |
| 298. -Praxair Inc | | | | | | | | | |
| 299. -Praxair Inc | | | | | Bot | 03/17 | | | |
| 300. -Praxair Inc | | | | | Bot | 05/03 | | | |
| 301. -Procter & Gamble Co | | | | | | | | | |
| 302. -Procter & Gamble Co | | | | | Bot | 03/17 | | | |
| 303. -Procter & Gamble Co | | | | | Part Sold | 05/03 | | | |
| 304. -Procter & Gamble Co | | | | | Part Sold | 07/27 | | | |
| 305. -Procter & Gamble Co | | | | | Bot | 09/07 | | | |
| 306. -Qualcomm Inc | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Qualcomm Inc | | | | | Bot | 01/11 | | | |
| 308.  -Qualcomm Inc | | | | | Bot | 03/17 | | | |
| 309.  -Qualcomm Inc | | | | | Part Sold | 05/03 | | | |
| 310.  -Radian Group Inc | | | | | Sold | 01/14 | | | |
| 311.  -Sanofi Synthelab Spon Adr | | | | | Bot | 03/17 | | | |
| 312.  -Sanofi Synthelab Spon Adr | | | | | Part Sold | 07/27 | | | |
| 313.  -Sara Lee Corp | | | | | | | | | |
| 314.  -SBC Communications Inc (Name chg toAT&T Inc) | | | | | Delivered | 11/21 | | | |
| 315.  -Spdr Trust Series I | | | | | Bot | 12/02 | | | |
| 316.  -Sprint Corp | | | | | | | | | |
| 317.  -Sprint Corp | | | | | Bot | 03/17 | | | |
| 318.  -Sprint Corp (Merged with Nextel Corp) | | | | | Merged | 08/17 | | | |
| 319.  -Sprint Nextel Corp (Rec'd in Nextel merger) | | | | | Received | 08/17 | | | |
| 320.  -Sprint Nextel Corp | | | | | Bot | 09/07 | | | |
| 321.  -Sprint Nextel Corp | | | | | Part Sold | 09/14 | | | |
| 322.  -Starbucks Corp | | | | | Bot | 05/03 | | | |
| 323.  -Starbucks Corp | | | | | Bot | 07/27 | | | |
| 324.  -Starbucks Corp | | | | | Bot | 09/02 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 325. -State Street Corp | | | | | | | | | |
| 326. -State Street Corp | | | | | Bot | 03/17 | | | |
| 327. -State Street Corp | | | | | Bot | 09/07 | | | |
| 328. -Symantec Corp | | | | | | | | | |
| 329. -Symantec Corp | | | | | Bot | 03/17 | | | |
| 330. -Symantec Corp | | | | | Bot | 05/03 | | | |
| 331. -Symantec Corp | | | | | Sold | 11/16 | | | |
| 332. -Sysco Corp | | | | | Bot | 05/03 | | | |
| 333. -Sysco Corp | | | | | Bot | 07/27 | | | |
| 334. -Sysco Corp | | | | | Sold | 09/14 | | | |
| 335. -Target Corp | | | | | | | | | |
| 336. -Target Corp | | | | | Bot | 03/17 | | | |
| 337. -Target Corp | | | | | Sold | 05/03 | | | |
| 338. -The St Paul Travelers Cos | | | | | Part Sold | 07/27 | | | |
| 339. -Time Warner Inc | | | | | | | | | |
| 340. -Time Warner Inc | | | | | Bot | 03/17 | | | |
| 341. -Time Warner Inc | | | | | Part Sold | 05/03 | | | |
| 342. -Time Warner Inc | | | | | Bot | 09/07 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. -Tyco Int'l Ltd | | | | | | | | | |
| 344. -Tyco Int'l Ltd | | | | | Bot | 03/17 | | | |
| 345. -Tyco Int'l Ltd | | | | | Part Sold | 07/27 | | | |
| 346. -Tyco Int'l Ltd | | | | | Sold | 08/09 | | | |
| 347. -Unitedhealth Group Inc | | | | | | | | | |
| 348. -Unitedhealth Group Inc | | | | | Bot | 03/08 | | | |
| 349. -United Technologies Corp | | | | | | | | | |
| 350. -United Technologies Corp | | | | | Bot | 03/17 | | | |
| 351. -United Technologies Corp | | | | | Part Sold | 07/27 | | | |
| 352. -United Technologies Corp | | | | | Bot | 09/07 | | | |
| 353. -United Technologies Corp | | | | | Bot | 11/16 | | | |
| 354. -U S Bancorp Del | | | | | | | | | |
| 355. -U S Bancorp Del | | | | | Bot | 03/17 | | | |
| 356. -U S Bancorp Del | | | | | Part Sold | 07/27 | | | |
| 357. -U S Bancorp Del | | | | | Bot | 09/07 | | | |
| 358. -Walgreen Co | | | | | Bot | 07/27 | | | |
| 359. -Walgreen Co | | | | | Bot | 08/02 | | | |
| 360. -Walgreen Co | | | | | Bot | 09/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 361.  -Wal-Mart Stores Inc | | | | | | | | | |
| 362.  -Wal-Mart Stores Inc | | | | | Bot | 03/17 | | | |
| 363.  -Wal-Mart Stores Inc | | | | | Part Sold | 07/27 | | | |
| 364.  -Wal-Mart Stores Inc | | | | | Bot | 09/07 | | | |
| 365.  -Wells Fargo & Co New | | | | | | | | | |
| 366.  -Wells Fargo & Co New | | | | | Bot | 03/17 | | | |
| 367.  -Wells Fargo & Co New | | | | | Bot | 05/03 | | | |
| 368.  -Wells Fargo & Co New | | | | | Part Sold | 07/27 | | | |
| 369.  -Wells Farge & Co New | | | | | Bot | 09/07 | | | |
| 370.  -Wyeth | | | | | Part Sold | 03/10 | | | |
| 371.  -Yahoo Inc | | | | | Bot | 06/14 | | | |
| 372.  -Yahoo Inc | | | | | Bot | 07/27 | | | |
| 373.  -Yahoo Inc | | | | | Bot | 11/16 | | | |
| 374.  -Yum Brands Inc | | | | | | | | | |
| 375.  -Yum Brands Inc | | | | | Bot | 03/17 | | | |
| 376.  -Yum Brands Inc | | | | | Part Sold | 07/27 | | | |
| 377.  -Yum Brands Inc | | | | | Sold | 09/14 | | | |
| 378.  -Zimmer Hldgs Inc | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. -Zimmer Hldgs Inc | | | | | Bot | 03/17 | | | |
| 380. -Zimmer Hldgs Inc | | | | | Part Sold | 04/29 | | | |
| 381. -Zimmer Hldgs Inc | | | | | Part Sold | 05/26 | | | |
| 382. -Zimmer Hldgs Inc | | | | | Sold | 06/14 | | | |
| 383. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 384. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 01/03 | | | |
| 385. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 03/08 | | | |
| 386. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/30 | | | |
| 387. -Mellon Hedge Fund #1(Convert to Mellon Optima) | | | | | Converted | 05/02 | | | |
| 388. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 389. -Mellon Int'l Fund Cl M | | | | | Bot | 12/16 | | | |
| 390. -Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |
| 391. -Mellon Mid-Cap Stock Fund Cl M | | | | | Bot | 03/08 | | | |
| 392. -Mellon Mid-Cap Stock Fund Cl M | | | | | Bot | 12/09 | | | |
| 393. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 394. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 07/18 | | | |
| 395. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Sold | 11/30 | | | |
| 396. -Mellon Optima (Recd fr Mellon Hedge Fd ..conversion) | | | | | Received | 05/02 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
  (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. -Mellon Optima L/S Strategy Fd | | | | | Bot | 05/02 | | | |
| 398. -Mellon Small Cap Stock Fd Cl M | | | | | Part Sold | 03/08 | | | |
| 399. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 12/08 | | | |
| 400. Trust #3 (1/6 Income Int) | E | Div & Int | P1 | T | | | N | G | See Section VIII #1 |
| 401. -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 402. -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 403. -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 404. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 405. -Abbott Laboratories | | | | | Part Sold | 07/27 | | | |
| 406. -Agilent Tech Inc | | | | | Sold | 01/27 | | | |
| 407. -Alltel Corp | | | | | Bot | 07/27 | | | |
| 408. -Altria Group Inc | | | | | | | | | |
| 409. -Altria Group Inc | | | | | Bot | 07/27 | | | |
| 410. -Altria Group Inc | | | | | Part Sold | 09/02 | | | |
| 411. -Amdocs Ltd | | | | | Bot | 02/09 | | | |
| 412. -Amdocs Ltd | | | | | Bot | 07/27 | | | |
| 413. -Amdocs Ltd | | | | | Sold | 12/02 | | | |
| 414. -American Express Co | | | | | Part Sold | 03/08 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 415. -American Express Co | | | | | Bot | 07/27 | | | |
| 416. -American Express Co (Spinoff of Ameriprise Finl) | | | | | Spinoff | 10/05 | | | |
| 417. -American Int'l Group | | | | | Bot | 04/05 | | | |
| 418. -American Int'l Group | | | | | Bot | 07/27 | | | |
| 419. -American Int'l Group | | | | | Bot | 08/09 | | | |
| 420. -Amerida Hess Corp | | | | | Part Sold | 07/27 | | | |
| 421. -Ameriprise Finl Inc (Rec fr Amer Exp spinoff) | | | | | Received | 10/05 | | | |
| 422. -Ameriprise Finl Inc | | | | | Sold | 10/21 | | | |
| 423. -Amgen Inc | | | | | Part Sold | 07/27 | | | |
| 424. -Apache Corp | | | | | Part Sold | 07/27 | | | |
| 425. -AT&T Inc (Rec fr SBC Comm name chg) | | | | | Received | 11/21 | | | |
| 426. -BP PLC Spons ADR | | | | | Part Sold | 03/10 | | | |
| 427. -Boeing Co | | | | | Sold | 01/20 | | | |
| 428. -Boston Scientific Corp | | | | | Sold | 03/08 | | | |
| 429. -Capital One Financial Corp | | | | | Part Sold | 03/16 | | | |
| 430. -Capital One Financial Corp | | | | | Bot | 11/16 | | | |
| 431. -Caterpillar Inc | | | | | | | | | |
| 432. -Caterpillar Inc | | | | | Bot | 01/19 | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. -Caterpillar Inc | | | | | Part Sold | 05/26 | | | |
| 434. -Caterpillar Inc | | | | | Part Sold | 06/14 | | | |
| 435. -Caterpillar Inc | | | | | Bot | 07/27 | | | |
| 436. -Chicos Fas Inc | | | | | Bot | 09/02 | | | |
| 437. -Cisco Sys Inc | | | | | Part Sold | 07/27 | | | |
| 438. -Cisco Sys Inc | | | | | Part Sold | 09/02 | | | |
| 439. -Citigroup Inc | | | | | Part Sold | 07/27 | | | |
| 440. -Citigroup Inc | | | | | Part Sold | 10/21 | | | |
| 441. -Coca Cola Co | | | | | Bot | 09/14 | | | |
| 442. -Concophillips | | | | | Part Sold | 03/16 | | | |
| 443. -Concophillips | | | | | Part Sold | 04/14 | | | |
| 444. -Concophillips | | | | | Bot | 07/27 | | | |
| 445. -Corning Inc | | | | | Bot | 09/02 | | | |
| 446. -Danaher Corp | | | | | Bot | 03/16 | | | |
| 447. -Danaher Corp | | | | | Bot | 07/27 | | | |
| 448. -Danaher Corp | | | | | Bot | 08/09 | | | |
| 449. -Deere & Co | | | | | Part Sold | 02/09 | | | |
| 450. -Deere & Co | | | | | Sold | 04/05 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 451. -Dell Inc | | | | | Part Sold | 07/27 | | | |
| 452. -Walt Disney Co | | | | | Part Sold | 03/10 | | | |
| 453. -Ebay Inc | | | | | | | | | |
| 454. -Ebay Inc | | | | | Bot | 01/25 | | | |
| 455. -Ebay Inc | | | | | Bot | 05/26 | | | |
| 456. -Ebay Inc | | | | | Part Sold | 07/26 | | | |
| 457. -Ebay Inc | | | | | Bot | 07/27 | | | |
| 458. -Electronic Arts Inc | | | | | Part Sold | 07/27 | | | |
| 459. -EMC Corp Mass | | | | | Part Sold | 07/26 | | | |
| 460. -Exelon Corp | | | | | Part Sold | 07/27 | | | |
| 461. -Exxon Mobil Corp | | | | | Part Sold | 03/10 | | | |
| 462. -Fisher Scientific Int'l Inc | | | | | Bot | 07/27 | | | |
| 463. -Freeport-McM Copper Gold | | | | | Bot | 04/05 | | | |
| 464. -Freeport-McM Copper Gold | | | | | Bot | 07/27 | | | |
| 465. -General Electric Co | | | | | Part Sold | 03/10 | | | |
| 466. -General Mills Inc | | | | | Bot | 02/10 | | | |
| 467. -General Mills Inc | | | | | Sold | 07/27 | | | |
| 468. -Genzyme Corp | | | | | Bot | 03/08 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 469.  -Goldman Sachs Group Inc | | | | | Part Sold | 07/27 | | | |
| 470.  -Home Depot Inc | | | | | Sold | 01/12 | | | |
| 471.  -Honeywell Int'l Inc | | | | | Part Sold | 03/16 | | | |
| 472.  -Honeywell Int'l Inc | | | | | Bot | 07/27 | | | |
| 473.  -Inco Ltd | | | | | Part Sold | 04/05 | | | |
| 474.  -Inco Ltd | | | | | Bot | 07/27 | | | |
| 475.  -Ingersoll-Rand Co Cl A | | | | | Part Sold | 03/16 | | | |
| 476.  -Ingersoll-Rand Co Cl A | | | | | Part Sold | 04/14 | | | |
| 477.  -Ingersoll-Rand Co Cl A | | | | | Bot | 07/27 | | | |
| 478.  -Intel Corp | | | | | Part Sold | 07/27 | | | |
| 479.  -Kimberly Clark Corp | | | | | Sold | 07/27 | | | |
| 480.  -Kohls Corp | | | | | Sold | 02/18 | | | |
| 481.  -Lehman Bros Hldgs Inc | | | | | Part Sold | 07/27 | | | |
| 482.  -Lilly Eli & Co | | | | | | | | | |
| 483.  -Lilly Eli & Co | | | | | Bot | 04/29 | | | |
| 484.  -Lilly Eli & Co | | | | | Bot | 07/27 | | | |
| 485.  -Lilly Eli & Co | | | | | Sold | 12/02 | | | |
| 486.  -Lowes Cos Inc | | | | | Bot | 01/12 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 | |
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 487.  -Lowes Cos Inc | | | | | Part Sold | 10/21 | | | |
| 488.  -Marvell Tech Group Ltd | | | | | Bot | 09/06 | | | |
| 489.  -Masco Corp | | | | | Bot | 07/27 | | | |
| 490.  -Masco Corp | | | | | Sold | 09/06 | | | |
| 491.  -Maxim Intergrated Products Inc | | | | | Part Sold | 07/27 | | | |
| 492.  -Maxim Integrated Products Inc | | | | | Sold | 12/02 | | | |
| 493.  -MBNA Corp | | | | | Part Sold | 07/27 | | | |
| 494.  -McGraw Hill Cos Inc | | | | | Bot | 01/14 | | | |
| 495.  -McGraw Hill Cos Inc | | | | | Bot | 07/27 | | | |
| 496.  -Medtronic Inc | | | | | | | | | |
| 497.  -Medtronic Inc | | | | | Bot | 03/08 | | | |
| 498.  -Medtronic Inc | | | | | Bot | 07/27 | | | |
| 499.  -Microsoft Corp | | | | | Part Sold | 07/27 | | | |
| 500.  -JP Morgan Chase & Co | | | | | Part Sold | 02/09 | | | |
| 501.  -JP Morgan Chase & Co | | | | | Bot | 07/27 | | | |
| 502.  -Motorola Inc | | | | | Bot | 08/09 | | | |
| 503.  -Neenah Paper Inc | | | | | Part Sold | 01/11 | | | |
| 504.  -Neenah Paper Inc | | | | | Sold | 02/03 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
  (See Column C2)     U = Book Value     V = Other     W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505.  -News Corp Inc | | | | | Part Sold | 07/27 | | | |
| 506.  -News Corp Inc | | | | | Sold | 12/02 | | | |
| 507.  -Nextel Comm Inc Cl A | | | | | Part Sold | 07/27 | | | |
| 508.  -Nextel Comm Inc Cl A (Merged with Sprint) | | | | | Merged | 08/17 | | | |
| 509.  -Nike Inc Cl B | | | | | Bot | 10/25 | | | |
| 510.  -Noble Corp | | | | | Part Sold | 07/27 | | | |
| 511.  -Paychex Inc | | | | | Sold | 02/10 | | | |
| 512.  -Pepsico Inc | | | | | Part Sold | 03/10 | | | |
| 513.  -Pfizer Inc | | | | | Part Sold | 07/27 | | | |
| 514.  -Pfizer Inc | | | | | Sold | 12/02 | | | |
| 515.  -PPL Corp | | | | | Bot | 09/02 | | | |
| 516.  -Praxir Inc | | | | | Part Sold | 07/27 | | | |
| 517.  -Procter & Gamble Co | | | | | Part Sold | 07/27 | | | |
| 518.  -Qualcomm Inc | | | | | | | | | |
| 519.  -Qualcomm Inc | | | | | Bot | 01/19 | | | |
| 520.  -Qualcomm Inc | | | | | Bot | 07/27 | | | |
| 521.  -Royal Dutch Pete Co | | | | | Part Sold | 03/10 | | | |
| 522.  -Royal Dutch Pete Co (Exch for Royal Dutch Shell) | | | | | Exchanged | 07/27 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. -Royal Dutch Shell (Recd fr Royal Dutch Pete ..exchange) | | | | | Received | 07/27 | | | |
| 524. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 03/08 | | | |
| 525. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 07/27 | | | |
| 526. -SBC Communications Inc | | | | | Part Sold | 03/10 | | | |
| 527. -SBC Communications Inc (Name chg to AT&T ..Inc) | | | | | Name Changed | 11/21 | | | |
| 528. -Spdr Trust Series 1 | | | | | Bot | 12/02 | | | |
| 529. -Sprint Corp | | | | | Part Sold | 07/27 | | | |
| 530. -Sprint Corp (Merged with Nextel Corp) | | | | | Merged | 08/17 | | | |
| 531. -Sprint Nextel Corp (Recd in Nextel Merger) | | | | | Received | 08/17 | | | |
| 532. -Sprint Nextel Corp | | | | | Part Sold | 09/14 | | | |
| 533. -Starbucks Corp | | | | | Bot | 04/14 | | | |
| 534. -Starbucks Corp | | | | | Bot | 07/27 | | | |
| 535. -Starbucks Corp | | | | | Bot | 09/02 | | | |
| 536. -State Street Corp | | | | | Part Sold | 07/27 | | | |
| 537. -St Paul Travelers Cos Inc | | | | | Part Sold | 07/27 | | | |
| 538. -Symantec Corp | | | | | | | | | |
| 539. -Symantec Corp | | | | | Bot | 04/14 | | | |
| 540. -Symantec Corp | | | | | Bot | 07/27 | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. -Symantec Corp | | | | | Sold | 11/16 | | | |
| 542. -Sysco Corp | | | | | Bot | 04/14 | | | |
| 543. -Sysco Corp | | | | | Bot | 07/27 | | | |
| 544. -Sysco Corp | | | | | Sold | 09/14 | | | |
| 545. -Taiwan Semiconductor Mfg Co Adr | | | | | Sold | 01/11 | | | |
| 546. -Target Corp | | | | | Part Sold | 01/11 | | | |
| 547. -Target Corp | | | | | Sold | 04/15 | | | |
| 548. -Time Warner Inc | | | | | Part Sold | 07/27 | | | |
| 549. -Tyco Int'l Ltd New | | | | | Part Sold | 03/16 | | | |
| 550. -Tyco Int'l Ltd New | | | | | Bot | 07/27 | | | |
| 551. -Tyco Int'l Ltd New | | | | | Sold | 08/09 | | | |
| 552. -Unitedhealth Group Inc | | | | | | | | | |
| 553. -Unitedhealth Group Inc | | | | | Bot | 07/27 | | | |
| 554. -United Technologies Corp | | | | | Part Sold | 03/10 | | | |
| 555. -United Technologies Corp | | | | | Bot | 07/27 | | | |
| 556. -United Technologies Corp | | | | | Bot | 11/16 | | | |
| 557. -US Bancorp Del | | | | | Bot | 03/16 | | | |
| 558. -US Bancorp Del | | | | | Bot | 07/27 | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 559. -Walgreen Co | | | | | Bot | 07/27 | | | |
| 560. -Walgreen Co | | | | | Bot | 08/02 | | | |
| 561. -Wal-Mart Stores Inc | | | | | Part Sold | 01/11 | | | |
| 562. -Wal-Mart Stores Inc | | | | | Part Sold | 07/27 | | | |
| 563. -Wells Fargo & Co New | | | | | Part Sold | 07/27 | | | |
| 564. -Wyeth | | | | | Part Sold | 03/10 | | | |
| 565. -Yahoo Inc | | | | | Bot | 07/27 | | | |
| 566. -Yahoo Inc | | | | | Bot | 11/16 | | | |
| 567. -Yum Brands Inc | | | | | Part Sold | 07/27 | | | |
| 568. -Yum Brands Inc | | | | | Sold | 09/08 | | | |
| 569. -Zimmer Hldgs Inc | | | | | Part Sold | 04/29 | | | |
| 570. -Zimmer Hldgs Inc | | | | | Part Sold | 05/26 | | | |
| 571. -Zimmer Hldgs Inc | | | | | Sold | 06/14 | | | |
| 572. -Dreyfus Basic US Mtg Securities | | | | | Sold | 01/11 | | | |
| 573. -Dreyfus Mid Cap Index Fd | | | | | | | | | |
| 574. -Dreyfus Mid Cap Index Fd | | | | | Bot | 12/30 | | | |
| 575. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 03/08 | | | |
| 576. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/30 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Column C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 578. -Mellon Int'l Fund Cl M | | | | | Bot | 12/16 | | | |
| 579. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 580. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 03/08 | | | |
| 581. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/19 | | | |
| 582. -Mellon Optima L/S Strategy Fd LLC | | | | | Bot | 05/02 | | | |
| 583. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 03/08 | | | |
| 584. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/08 | | | |
| 585. Trust #4 (1/6 Income Int) | E | Div & Int | P1 | T | | | O | G | See Section VIII #1 |
| 586. -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 587. -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 588. -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 589. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 590. -AT&T Inc (Rec fr SBC Comm Name chg) | | | | | Received | 11/21 | | | |
| 591. -Abbott Laboratories | | | | | | | | | |
| 592. -Abbott Laboratories | | | | | Bot | 02/24 | | | |
| 593. -Abbott Laboratories | | | | | Bot | 03/11 | | | |
| 594. -Abbott Laboratories | | | | | Part Sold | 05/03 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 595. -Abbott Laboratories | | | | | Sold | 12/02 | | | |
| 596. -Aetna US Healthcare Inc | | | | | Sold | 02/28 | | | |
| 597. -Agilent Tech Inc | | | | | Sold | 01/11 | | | |
| 598. -Alltel Corp | | | | | Bot | 07/27 | | | |
| 599. -Altria Group Inc | | | | | | | | | |
| 600. -Altria Group Inc | | | | | Bot | 03/11 | | | |
| 601. -Altria Group Inc | | | | | Part Sold | 09/14 | | | |
| 602. -Amdocs Ltd | | | | | Bot | 02/28 | | | |
| 603. -Amdocs Ltd | | | | | Bot | 03/11 | | | |
| 604. -Amdocs Ltd | | | | | Bot | 05/03 | | | |
| 605. -Amdocs Ltd | | | | | Sold | 12/02 | | | |
| 606. -American Express Co | | | | | | | | | |
| 607. -American Express Co | | | | | Bot | 03/11 | | | |
| 608. -American Express Co | | | | | Bot | 07/27 | | | |
| 609. -American Express Co (Spinoff of Ameriprise Finl) | | | | | Spinoff | 10/05 | | | |
| 610. -American Int'l Group Inc | | | | | | | | | |
| 611. -American Int'l Group Inc | | | | | Bot | 07/27 | | | |
| 612. -American Int'l Group Inc | | | | | Bot | 08/09 | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000       L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment            T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. -American Int'l Group Inc | | | | | Part Sold | 09/20 | | | |
| 614. -Amerida Hess Corp | | | | | Part Sold | 07/27 | | | |
| 615. -Ameriprise Finl Inc (Rec fr American Exp spinoff) | | | | | Received | 10/05 | | | |
| 616. -Ameriprise Finl Inc | | | | | Sold | 10/21 | | | |
| 617. -Amgen Inc | | | | | | | | | |
| 618. -Amgen Inc | | | | | Bot | 02/28 | | | |
| 619. -Amgen Inc | | | | | Bot | 03/11 | | | |
| 620. -Amgen Inc | | | | | Part Sold | 05/03 | | | |
| 621. -Apache Corp | | | | | | | | | |
| 622. -Apache Corp | | | | | Bot | 02/24 | | | |
| 623. -Apache Corp | | | | | Bot | 03/11 | | | |
| 624. -Apache Corp | | | | | Part Sold | 05/03 | | | |
| 625. -Apache Corp | | | | | Bot | 07/27 | | | |
| 626. -BP PLC Spons ADR | | | | | Part Sold | 03/08 | | | See Section VIII #2 |
| 627. -Boeing Co | | | | | Sold | 01/11 | | | |
| 628. -Boston Scientific Corp | | | | | Part Sold | 02/28 | | | |
| 629. -Boston Scientific Corp | | | | | Sold | 03/08 | | | |
| 630. -Capital One Financial Corp | | | | | Part Sold | 07/27 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 631.  -Capital One Financial Corp | | | | | Bot | 11/16 | | | |
| 632.  -Caterpillar Inc | | | | | | | | | |
| 633.  -Caterpillar Inc | | | | | Bot | 02/28 | | | |
| 634.  -Caterpillar Inc | | | | | Bot | 03/11 | | | |
| 635.  -Caterpillar Inc | | | | | Bot | 05/03 | | | |
| 636.  -Caterpillar Inc | | | | | Part Sold | 06/15 | | | |
| 637.  -Caterpillar Inc | | | | | Bot | 07/27 | | | |
| 638.  -Chicos Fas Inc | | | | | Bot | 09/02 | | | |
| 639.  -Cisco Sys Inc | | | | | Part Sold | 02/28 | | | |
| 640.  -Cisco Sys Inc | | | | | Part Sold | 05/03 | | | |
| 641.  -Cisco Sys Inc | | | | | Part Sold | 09/02 | | | |
| 642.  -Citigroup Inc | | | | | Part Sold | 02/28 | | | |
| 643.  -Citigroup Inc | | | | | Bot | 03/11 | | | |
| 644.  -Citigroup Inc | | | | | Part Sold | 05/03 | | | |
| 645.  -Citigroup Inc | | | | | Bot | 07/27 | | | |
| 646.  -Citigroup Inc | | | | | Part Sold | 10/21 | | | |
| 647.  -Coca Cola Co | | | | | Bot | 09/14 | | | |
| 648.  -Concophillips | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)    S = Assessment      T = Cash/Market
(See Column C2)            U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 649. -Concophillips | | | | | Bot | 02/24 | | | |
| 650. -Concophillips | | | | | Bot | 03/11 | | | |
| 651. -Concophillips | | | | | Part Sold | 05/03 | | | |
| 652. -Corning Inc | | | | | Bot | 09/02 | | | |
| 653. -Danaher Corp | | | | | Bot | 03/16 | | | |
| 654. -Danaher Corp | | | | | Bot | 05/03 | | | |
| 655. -Danaher Corp | | | | | Bot | 08/09 | | | |
| 656. -Deere & Co | | | | | Sold | 04/05 | | | |
| 657. -Dell Inc | | | | | | | | | |
| 658. -Dell Inc | | | | | Bot | 03/11 | | | |
| 659. -Dell Inc | | | | | Part Sold | 05/03 | | | |
| 660. -Walt Disney Co | | | | | Sold | 09/20 | | | |
| 661. -Ebay Inc | | | | | | | | | |
| 662. -Ebay Inc | | | | | Bot | 02/28 | | | |
| 663. -Ebay Inc | | | | | Bot | 03/11 | | | |
| 664. -Ebay Inc | | | | | Bot | 05/03 | | | |
| 665. -Ebay Inc | | | | | Part Sold | 07/26 | | | |
| 666. -Ebay Inc | | | | | Bot | 07/27 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 667. -Electronic Arts Inc | | | | | | | | | |
| 668. -Electronic Arts Inc | | | | | Bot | 02/28 | | | |
| 669. -Electronic Arts Inc | | | | | Bot | 03/11 | | | |
| 670. -Electronic Arts Inc | | | | | Part Sold | 07/27 | | | |
| 671. -EMC Corp Mass | | | | | | | | | |
| 672. -EMC Corp Mass | | | | | Bot | 03/11 | | | |
| 673. -EMC Corp Mass | | | | | Part Sold | 05/03 | | | |
| 674. -EMC Corp Mass | | | | | Bot | 07/27 | | | |
| 675. -Exelon Corp | | | | | | | | | |
| 676. -Exelon Corp | | | | | Bot | 02/28 | | | |
| 677. -Exelon Corp | | | | | Bot | 03/11 | | | |
| 678. -Exelon Corp | | | | | Part Sold | 05/03 | | | |
| 679. -Exelon Corp | | | | | Part Sold | 07/27 | | | |
| 680. -Exxon Mobil Corp | | | | | Part Sold | 02/28 | | | |
| 681. -Exxon Mobil Corp | | | | | Bot | 03/11 | | | |
| 682. -Exxon Mobil Corp | | | | | Part Sold | 04/14 | | | |
| 683. -Exxon Mobil Corp | | | | | Bot | 05/03 | | | |
| 684. -Exxon Mobil Corp | | | | | Bot | 07/27 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 685. -Fisher Scientific Int'l Inc | | | | | Bot | 07/27 | | | |
| 686. -Freeport-Mcm Copr Gold Cl B | | | | | | | | | |
| 687. -Freeport-Mcm Copr Gold Cl B | | | | | Bot | 03/11 | | | |
| 688. -General Dynamics Corp | | | | | Sold | 03/16 | | | |
| 689. -General Electric Co | | | | | Part Sold | 03/09 | | | |
| 690. -General Electric Co | | | | | Bot | 07/27 | | | |
| 691. -General Mills Inc | | | | | | | | | |
| 692. -General Mills Inc | | | | | Bot | 03/11 | | | |
| 693. -General Mills Inc | | | | | Part Sold | 05/03 | | | |
| 694. -General Mills Inc | | | | | Sold | 07/27 | | | |
| 695. -Genzyme Corp | | | | | Part Sold | 07/27 | | | |
| 696. -Goldman Sachs Group Inc | | | | | | | | | |
| 697. -Goldman Sachs Group Inc | | | | | Bot | 02/28 | | | |
| 698. -Goldman Sachs Group Inc | | | | | Bot | 03/11 | | | |
| 699. -Goldman Sachs Group Inc | | | | | Part Sold | 07/27 | | | |
| 700. -Halliburton Co | | | | | Sold | 01/11 | | | |
| 701. -Home Depot Inc | | | | | Sold | 01/11 | | | |
| 702. -Honeywell Int'l Inc | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)            U = Book Value        V = Other                    W = Estimated

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 5/4/2006 |
| Standish, William L | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 703.  -Honeywell Int'l Inc | | | | | Bot | 03/11 | | | |
| 704.  -Honeywell Int'l Inc | | | | | Part Sold | 05/03 | | | |
| 705.  -Inco Ltd | | | | | Bot | 04/05 | | | |
| 706.  -Inco Ltd | | | | | Bot | 05/03 | | | |
| 707.  -Ingersoll-Rand Co Cl A | | | | | | | | | |
| 708.  -Ingersoll-Rand Co Cl A | | | | | Bot | 02/28 | | | |
| 709.  -Ingersoll-Rand Co Cl A | | | | | Bot | 03/11 | | | |
| 710.  -Ingersoll-Rand Co Cl A | | | | | Part Sold | 07/27 | | | |
| 711.  -Intel Corp | | | | | Part Sold | 02/28 | | | |
| 712.  -Intel Corp | | | | | Bot | 03/11 | | | |
| 713.  -Intel Corp | | | | | Part Sold | 04/14 | | | |
| 714.  -Intel Corp | | | | | Bot | 05/03 | | | |
| 715.  -JP Morgan Chase & Co | | | | | | | | | |
| 716.  -JP Morgan Chase & Co | | | | | Bot | 03/11 | | | |
| 717.  -JP Morgan Chase & Co | | | | | Part Sold | 05/03 | | | |
| 718.  -Kimberly Clark Corp | | | | | | | | | |
| 719.  -Kimberly Clark Corp | | | | | Bot | 03/11 | | | |
| 720.  -Kimberly Clark Corp | | | | | Bot | 05/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 721. | -Kimberly Clark Corp | | | | | Sold | 07/27 | | | |
| 722. | -Kohls Corp | | | | | Sold | 02/16 | | | |
| 723. | -Lehman Bros Hldgs Inc | | | | | Bot | 03/16 | | | |
| 724. | -Lehman Bros Hldgs Inc | | | | | Bot | 05/03 | | | |
| 725. | -Lehman Bros Hldgs Inc | | | | | Part Sold | 07/27 | | | |
| 726. | -Lexmark Int'l Group Inc Cl A | | | | | Sold | 02/25 | | | |
| 727. | -Lilly Eli & Co | | | | | | | | | |
| 728. | -Lilly Eli & Co | | | | | Bot | 03/11 | | | |
| 729. | -Lilly Eli & Co | | | | | Bot | 04/29 | | | |
| 730. | -Lilly Eli & Co | | | | | Bot | 05/03 | | | |
| 731. | -Lilly Eli & Co | | | | | Bot | 07/27 | | | |
| 732. | -Lilly Eli & Co | | | | | Sold | 12/02 | | | |
| 733. | -Lowes Cos Inc | | | | | Bot | 02/28 | | | |
| 734. | -Lowes Cos Inc | | | | | Bot | 03/11 | | | |
| 735. | -Lowes Cos Inc | | | | | Part Sold | 05/03 | | | |
| 736. | -Lowes Cos Inc | | | | | Bot | 07/27 | | | |
| 737. | -Lowes Cos Inc | | | | | Part Sold | 10/21 | | | |
| 738. | -MBNA Corp | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 739. -MBNA Corp | | | | | Bot | 03/11 | | | |
| 740. -MBNA Corp | | | | | Part Sold | 05/03 | | | |
| 741. -Marvell Tech Group Ltd | | | | | Bot | 09/02 | | | |
| 742. -Masco Corp | | | | | | | | | |
| 743. -Masco Corp | | | | | Bot | 03/11 | | | |
| 744. -Masco Corp | | | | | Sold | 09/08 | | | |
| 745. -Maxim Integraded Prods Inc | | | | | | | | | |
| 746. -Maxim Integrated Prods Inc | | | | | Bot | 02/24 | | | |
| 747. -Maxim Integrated Prods Inc | | | | | Bot | 03/11 | | | |
| 748. -Maxim Integrated Prods Inc | | | | | Part Sold | 12/02 | | | |
| 749. -McGraw Hill Cos Inc | | | | | Bot | 02/28 | | | |
| 750. -McGraw Hill Cos Inc | | | | | Bot | 03/11 | | | |
| 751. -McGraw Hill Cos Inc | | | | | Part Sold | 05/03 | | | |
| 752. -Medtronic Inc | | | | | | | | | |
| 753. -Medtronic Inc | | | | | Bot | 02/28 | | | |
| 754. -Medtronic Inc | | | | | Bot | 03/08 | | | |
| 755. -Medtronic Inc | | | | | Part Sold | 05/03 | | | |
| 756. -Merck & Co | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 757. -Microsoft Corp | | | | | Part Sold | 02/28 | | | |
| 758. -Microsoft Corp | | | | | Bot | 03/11 | | | |
| 759. -Microsoft Corp | | | | | Part Sold | 05/03 | | | |
| 760. -Microsoft Corp | | | | | Bot | 07/27 | | | |
| 761. -Morgan Stanley | | | | | | | | | |
| 762. -Morgan Stanley | | | | | Bot | 03/11 | | | |
| 763. -Morgan Stanley | | | | | Sold | 03/16 | | | |
| 764. -Motorola Inc | | | | | Bot | 08/09 | | | |
| 765. -Neehan Paper Inc | | | | | Sold | 01/31 | | | |
| 766. -News Corp Inc | | | | | Part Sold | 02/28 | | | |
| 767. -News Corp Inc | | | | | Bot | 03/11 | | | |
| 768. -News Corp Inc | | | | | Bot | 05/03 | | | |
| 769. -News Corp Inc | | | | | Bot | 07/27 | | | |
| 770. -News Corp Inc | | | | | Part Sold | 12/02 | | | |
| 771. -Nextel Comm Inc Cl A | | | | | Part Sold | 02/28 | | | |
| 772. -Nextel Comm Inc Cl A | | | | | Bot | 03/11 | | | |
| 773. -Nextel Comm Inc Cl A | | | | | Bot | 07/27 | | | |
| 774. -Nextel Comm Inc Cl A (Merged into Sprint) | | | | | Merged | 08/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 775. -Nike Inc Cl B | | | | | Bot | 10/21 | | | |
| 776. -Noble Corp | | | | | | | | | |
| 777. -Noble Corp | | | | | Bot | 03/11 | | | |
| 778. -Noble Corp | | | | | Bot | 05/03 | | | |
| 779. -Noble Corp | | | | | Bot | 07/27 | | | |
| 780. -PPL Corp | | | | | | | | | |
| 781. -PPL Corp | | | | | Bot | 09/02 | | | |
| 782. -PPL Corp | | | | | Sold | 12/02 | | | |
| 783. -Paychex Inc | | | | | Sold | 02/28 | | | |
| 784. -Pepsico Inc | | | | | Part Sold | 03/09 | | | |
| 785. -Pepsico Inc | | | | | Bot | 07/27 | | | |
| 786. -Pfizer Inc | | | | | Part Sold | 02/28 | | | |
| 787. -Pfizer Inc | | | | | Bot | 03/11 | | | |
| 788. -Pfizer Inc | | | | | Bot | 05/03 | | | |
| 789. -Pfizer Inc | | | | | Sold | 12/02 | | | |
| 790. -Pitney Bowes Inc | | | | | | | | | |
| 791. -Praxair Inc | | | | | | | | | |
| 792. -Praxair Inc | | | | | Bot | 03/11 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 793. -Praxair Inc | | | | | Bot | 05/03 | | | |
| 794. -Procter & Gamble Co | | | | | | | | | |
| 795. -Procter & Gamble Co | | | | | Bot | 03/11 | | | |
| 796. -Procter & Gamble Co | | | | | Part Sold | 05/03 | | | |
| 797. -Qualcomm Inc | | | | | | | | | |
| 798. -Qualcomm Inc | | | | | Bot | 02/28 | | | |
| 799. -Qualcomm Inc | | | | | Bot | 03/11 | | | |
| 800. -Qualcomm Inc | | | | | Part Sold | 05/03 | | | |
| 801. -Radian Group Inc | | | | | Sold | 01/11 | | | |
| 802. -Royal Dutch Pete Co (Exch for Royal Dutch ..Shell) | | | | | Exchange | 07/22 | | | |
| 803. -Royal Dutch Shell (Recd fr Royal Dutch Pete ..exchange) | | | | | Received | 07/22 | | | |
| 804. -Royal Dutch Shell | | | | | Sold | 09/20 | | | |
| 805. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 03/11 | | | |
| 806. -Sanofi-Synthelabo Spon Adr | | | | | Part Sold | 07/27 | | | |
| 807. -Sara Lee Corp | | | | | | | | | |
| 808. -Spdr Trust Series 1 | | | | | Bot | 12/02 | | | |
| 809. -Sprint Corp | | | | | | | | | |
| 810. -Sprint Corp | | | | | Bot | 02/28 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 811. -Sprint Corp | | | | | Bot | 03/11 | | | |
| 812. -Sprint Corp | | | | | Part Sold | 07/27 | | | |
| 813. -Sprint Corp (Merged into Nextel Corp) | | | | | Merged | 08/17 | | | |
| 814. -Sprint Nextel Corp (Rec'd in Nextel Merger) | | | | | Received | 08/17 | | | |
| 815. -Sprint Nextel Corp | | | | | Part Sold | 09/14 | | | |
| 816. -Starbucks Corp | | | | | Bot | 04/14 | | | |
| 817. -Starbucks Corp | | | | | Bot | 05/03 | | | |
| 818. -Starbucks Corp | | | | | Bot | 09/02 | | | |
| 819. -State Street Corp | | | | | | | | | |
| 820. -State Street Corp | | | | | Bot | 03/11 | | | |
| 821. -State Street Corp | | | | | Bot | 07/27 | | | |
| 822. -St Paul Travelers Cos Inc | | | | | | | | | |
| 823. -St Paul Travelers Cos Inc | | | | | Bot | 03/11 | | | |
| 824. -St Paul Travelers Cos Inc | | | | | Part Sold | 07/27 | | | |
| 825. -Symantec Corp | | | | | | | | | |
| 826. -Symantec Corp | | | | | Bot | 03/11 | | | |
| 827. -Symantec Corp | | | | | Bot | 04/14 | | | |
| 828. -Symantec Corp | | | | | Bot | 05/03 | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 829.  -Symantec Corp | | | | | Sold | 11/16 | | | |
| 830.  -Sysco Corp | | | | | Bot | 04/14 | | | |
| 831.  -Sysco Corp | | | | | Bot | 05/03 | | | |
| 832.  -Sysco Corp | | | | | Part Sold | 07/27 | | | |
| 833.  -Sysco Corp | | | | | Sold | 09/14 | | | |
| 834.  -Target Corp | | | | | | | | | |
| 835.  -Target Corp | | | | | Bot | 03/11 | | | |
| 836.  -Target Corp | | | | | Sold | 04/15 | | | |
| 837.  -3M Company | | | | | | | | | |
| 838.  -Time Warner Inc | | | | | | | | | |
| 839.  -Time Warner Inc | | | | | Bot | 03/11 | | | |
| 840.  -Time Warner Inc | | | | | Part Sold | 05/03 | | | |
| 841.  -Tyco Int'l Ltd New | | | | | | | | | |
| 842.  -Tyco Int'l Ltd New | | | | | Bot | 03/11 | | | |
| 843.  -Tyco Int'l Ltd New | | | | | Part Sold | 05/03 | | | |
| 844.  -Tyco Int'l Ltd New | | | | | Sold | 08/09 | | | |
| 845.  -Unitedhealth Group Inc | | | | | | | | | |
| 846.  -Unitedhealth Group Inc | | | | | Bot | 03/08 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 847. -Unitedhealth Group Inc | | | | | Bot | 05/03 | | | |
| 848. -United Tech Corp | | | | | | | | | |
| 849. -United Tech Corp | | | | | Bot | 03/11 | | | |
| 850. -United Tech Corp | | | | | Part Sold | 07/27 | | | |
| 851. -United Tech Corp | | | | | Bot | 11/16 | | | |
| 852. -US Bancorp Del | | | | | | | | | |
| 853. -US Bancorp Del | | | | | Bot | 03/11 | | | |
| 854. -US Bancorp Del | | | | | Part Sold | 05/03 | | | |
| 855. -Verizon Comm Inc | | | | | | | | | |
| 856. -Walgreen Co | | | | | Bot | 07/27 | | | |
| 857. -Walgreen Co | | | | | Bot | 08/09 | | | |
| 858. -Wal-Mart Stores | | | | | | | | | |
| 859. -Wal-Mart Stores | | | | | Bot | 03/11 | | | |
| 860. -Wal-Mart Stores | | | | | Part Sold | 05/03 | | | |
| 861. -Wal-Mart Stores | | | | | Part Sold | 07/27 | | | |
| 862. -Wells Fargo & Co New | | | | | Part Sold | 02/28 | | | |
| 863. -Wells Fargo & Co New | | | | | Bot | 03/11 | | | |
| 864. -Wells Fargo & Co New | | | | | Bot | 05/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. -Wells Fargo & Co New | | | | | Part Sold | 07/27 | | | |
| 866. -Wyeth | | | | | | | | | |
| 867. -Wyeth | | | | | Bot | 07/27 | | | |
| 868. -Yahoo Inc | | | | | Bot | 06/14 | | | |
| 869. -Yahoo Inc | | | | | Bot | 07/27 | | | |
| 870. -Yahoo Inc | | | | | Bot | 11/16 | | | |
| 871. -Yum Brands Inc | | | | | | | | | |
| 872. -Yum Brands Inc | | | | | Bot | 02/28 | | | |
| 873. -Yum Brands Inc | | | | | Bot | 03/11 | | | |
| 874. -Yum Brands Inc | | | | | Part Sold | 05/03 | | | |
| 875. -Yum Brands Inc | | | | | Sold | 09/08 | | | |
| 876. -Zimmer Hldgs Inc | | | | | | | | | |
| 877. -Zimmer Hldgs Inc | | | | | Bot | 02/28 | | | |
| 878. -Zimmer Hldgs Inc | | | | | Bot | 03/11 | | | |
| 879. -Zimmer Hldgs Inc | | | | | Part Sold | 04/29 | | | |
| 880. -Zimmer Hldgs Inc | | | | | Part Sold | 05/26 | | | |
| 881. -Zimmer Hldgs Inc | | | | | Sold | 06/14 | | | |
| 882. -Dreyfus Mid Cap Index Fund | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 883. -Dreyfus Mid Cap Index Fund | | | | | Bot | 12/30 | | | |
| 884. -Mellon Hedge Fund (Convert to Mellon Optima) | | | | | Converted | 05/02 | | | |
| 885. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 886. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 01/03 | | | |
| 887. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 03/07 | | | |
| 888. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 04/01 | | | |
| 889. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/30 | | | |
| 890. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 891. -Mellon Int'l Fund Cl M | | | | | Bot | 04/01 | | | |
| 892. -Mellon Int'l Fund Cl M | | | | | Bot | 12/16 | | | |
| 893. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 894. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 03/08 | | | |
| 895. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 06/21 | | | |
| 896. -Mellon Nat'l Interm Muni Bd Fd Cl M | | | | | Bot | 09/20 | | | |
| 897. -Mellon Nat'l Interm Muni Bd Fd Cl M | | | | | Bot | 12/19 | | | |
| 898. -Mellon Optima L/S Strategy Fd LLC | | | | | Bot | 05/02 | | | |
| 899. -Mellon Optima (Recd fr Mellon Hedge Fd ..conversion) | | | | | Received | 05/02 | | | |
| 900. -Mellon Optima L/S Strategy Fd LLC | | | | | Bot | 10/03 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 901. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 03/07 | | | |
| 902. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/08 | | | |
| 903. Custody Acct #1 (100% Interest) | | | | | | | | | |
| 904. -Abbott Laboratories | E | Dividend | O | T | | | | | |
| 905. -Agilent Tech Inc | | None | M | T | | | | | |
| 906. -Alltel Corp | C | Dividend | M | T | | | | | |
| 907. -Alltell Corp | | | | | Bot | 04/28 | K | | |
| 908. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 909. -American Express (Spinoff of Ameriprise Finl) | B | Dividend | M | T | Spinoff | 10/04 | J | | |
| 910. -American Express | | | | | Part Donated | 10/25 | K | | |
| 911. -Ameriprise Finl Inc (Recd fr American Express ..Spinoff) | A | Dividend | | | Received | 10/04 | J | | |
| 912. -Ameriprise Finl Inc | | | | | Sold | 12/08 | K | E | |
| 913. -Amgen Inc | | None | M | T | | | | | |
| 914. -Automatic Data Processing | C | Dividend | M | T | | | | | |
| 915. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 916. -Bank of America | D | Dividend | M | T | Bot | 04/28 | M | | |
| 917. -Bristol Myers Squibb Co | D | Dividend | | | Sold | 04/28 | N | G | |
| 918. -Buckeye Partners LP Unit Ltd | | None | M | T | Bot | 12/08 | M | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Conagra Foods Inc | D | Dividend | | | Sold | 12/08 | M | | |
| 920. -Donnelley R R & Sons Co | D | Dividend | M | T | Bot | 04/28 | K | | |
| 921. -Emerson Electric Co | C | Dividend | M | T | | | | | |
| 922. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 923. -General Electric Co | E | Dividend | O | T | | | | | |
| 924. -H J Heinz Co | D | Dividend | M | T | | | | | |
| 925. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 926. -JP Morgan Chase | D | Dividend | M | T | Bot | 04/28 | K | | |
| 927. -Medco Hlth Solutions Inc | | None | | | Sold | 04/28 | M | G | |
| 928. -Merck & Co | E | Dividend | O | T | | | | | |
| 929. -Merck & Co | | | | | Part Donated | 04/06 | K | | |
| 930. -Merck & Co | | | | | Part Sold | 04/28 | N | G | |
| 931. -Microsoft Corp | D | Dividend | O | T | | | | | |
| 932. -Noxso Corp | | None | | | Write Off | 12/31 | J | | |
| 933. -Oracle Corp | | None | M | T | Bot | 04/28 | K | | |
| 934. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 935. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 936. -Procter & Gamble | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 937. -Schlumberger Ltd | C | Dividend | N | T | | | | | |
| 938. -Stryker Corp | A | Dividend | M | T | | | | | |
| 939. -3M Co | D | Dividend | M | T | | | | | |
| 940. -Wyeth | D | Dividend | N | T | | | | | |
| 941. -Armada PA Tax Exempt MM Fund | C | Interest | | | Mon Mkt Inv | | | | |
| 942. -Armada PA Fd (Name chg to Allegiant PA MM ..Fd) | | None | | | Name Changed | 06/01 | N | | |
| 943. -Agelliant PA MM Fd(Recd fr Armada name chg) | C | Interest | O | T | Received | 06/01 | N | | |
| 944. -Chester County 4.50-2006 | B | Interest | L | T | | | | | |
| 945. -Lycoming Cty PA 4.25-2005 | C | Interest | | | Sold | 11/15 | L | A | |
| 946. -Nazareth PA School Dist 3.5-2010 | B | Interest | M | T | Bot | 05/24 | M | | |
| 947. -New Hope Solebury PA Sch Dist 3.0-2009 | B | Interest | M | T | Bot | 05/24 | M | | |
| 948. -PA St 2nd Series Ser 5.25 - 2007 | D | Interest | M | T | | | | | |
| 949. -So West Sch Dist PA York Cnty 2.95-2008 | B | Interest | M | T | Bot | 06/06 | M | | |
| 950. -Ltd Partnerships -- | | | | | | | | | |
| 951. -One Atlanta Associates - Atlanta, GA Real Estate | C | Distribution | K | W | | | | | |
| 952. -J&S Realty Assocs Markham - Ontario CN Real ..Estate | B | Distribution | K | W | | | | | |
| 953. Bank Accts -- | | | | | | | | | |
| 954. -Mellon Bank N. A. | A | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 955. -National City Bank of PA | A | Interest | K | T | | | | | |
| 956. -PNC Bank | C | Interest | M | T | | | | | |
| 957. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | M | E | See Section VIII #1 |
| 958. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 959. -American Int'l Group Inc | | | | | Bot | 12/02 | | | |
| 960. -Bank of America Corp | | | | | | | | | |
| 961. -BP PLC Spons ADR | | | | | Part Sold | 06/22 | | | |
| 962. -BP PLC Spons ADR | | | | | Part Sold | 12/02 | | | |
| 963. -Carnival Corp | | | | | | | | | |
| 964. -Citigroup Inc | | | | | | | | | |
| 965. -Coca Cola Co | | | | | | | | | |
| 966. -Comcast Corp Cl A | | | | | Sold | 12/02 | | | |
| 967. -Del Monte Foods Co | | | | | | | | | |
| 968. -Dow Chemical Co | | | | | | | | | |
| 969. -Exxon Mobil Corp | | | | | Part Sold | 12/02 | | | |
| 970. -Federal Home Loan Mtg Corp | | | | | | | | | |
| 971. -First Data Corp | | | | | | | | | |
| 972. -FPL Group Inc | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 973. -Freescale Semiconductor | | | | | Part Sold | 06/22 | | | |
| 974. -Gannett Inc | | | | | Sold | 12/02 | | | |
| 975. -General Electric Co | | | | | | | | | |
| 976. -H J Heinz Co | | | | | | | | | |
| 977. -Intel Corp | | | | | | | | | |
| 978. -Ishares Trust | | . | | | | | | | See Section VIII #3 |
| 979. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 06/22 | | | |
| 980. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 12/02 | | | |
| 981. -Ishares Trust | | | | | | | | | See Section VIII #3 |
| 982. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 06/22 | | | |
| 983. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 12/02 | | | |
| 984. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 985. -MBNA Corp | | | | | | | | | |
| 986. -Marriott Int'l Inc Cl A | | | | | | | | | |
| 987. -McGraw Hill Cos Inc | | | | | | | | | |
| 988. -Medtronic Inc | | | | | | | | | |
| 989. -Microsoft Corp | | | | | | | | | |
| 990. -JP Morgan Chase & Co | | | | | Bot | 12/02 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 991.  -Morgan Stanley | | | | | | | | | |
| 992.  -Motorola Inc | | | | | | | | | |
| 993.  -Pfizer Inc | | | | | Sold | 12/02 | | | |
| 994.  -Schlumberger Ltd | | | | | Part Sold | 06/22 | | | |
| 995.  -Schlumberger Ltd | | | | | Part Sold | 12/02 | | | |
| 996.  -3M Co | | | | | | | | | |
| 997.  -The St Pauls Travelers Cos | | | | | | | | | |
| 998.  -Verizon Comm Inc | | | | | | | | | |
| 999.  -Wal-Mart Stores | | | | | | | | | |
| 1000.  -Wells Fargo & Co New | | | | | | | | | |
| 1001.  Trust #6  (100% Income Interest) | G | Div & Int | P1 | T | | | N | G | See Section VIII #1 |
| 1002.  -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 1003.  -Abbott Laboratories Inc | | | | | | | | | |
| 1004.  -American Int'l Group Inc | | | | | Bot | 06/22 | | | |
| 1005.  -American Int'l Group Inc | | | | | Bot | 12/02 | | | |
| 1006.  -Bank of America Corp | | | | | | | | | |
| 1007.  -BP PLC Spons ADR | | | | | Part Sold | 06/22 | | | |
| 1008.  -BP PLC Spons ADR | | | | | Part Sold | 12/02 | | | |

| 1.  Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2.  Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3.  Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1009. -Bristol Myers Squibb Co | | | | | | | | | |
| 1010. -E I duPont deNemours | | | | | Part Sold | 12/02 | | | |
| 1011. -Emerson Electric Co | | | | | | | | | |
| 1012. -Exxon Mobil Corp | | | | | Part Sold | 04/07 | | | |
| 1013. -Exxon Mobil Corp | | | | | Part Sold | 12/02 | | | |
| 1014. -FPL Group Inc | | | | | | | | | |
| 1015. -Freescale Semi Cond | | | | | Part Sold | 06/22 | | | |
| 1016. -Home Depot Inc | | | | | | | | | |
| 1017. -Intel Corp | | | | | | | | | |
| 1018. -Ishares Trust | | | | | | | | | See Section VIII #3 |
| 1019. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 04/07 | | | |
| 1020. -IsharesTrust MSCI Emerging Mkts Index Fd | | | | | Bot | 06/22 | | | |
| 1021. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 12/02 | | | |
| 1022. -Ishares Trust | | | | | | | | | See Section VIII #3 |
| 1023. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 04/07 | | | |
| 1024. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 06/22 | | | |
| 1025. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 12/02 | | | |
| 1026. -Marriott Int'l Inc | | | | | | | | | |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1027. -Marriott Int'l Inc | | | | | Bot | 04/07 | | | |
| 1028. -MBNA Corp | | | | | | | | | |
| 1029. -Mc Graw Hill Cos Inc | | | | | | | | | |
| 1030. -Microsoft Corp | | | | | | | | | |
| 1031. -Moody's Corp | | | | | Bot | 06/22 | | | |
| 1032. -Moody's Corp | | | | | Bot | 12/02 | | | |
| 1033. -JP Morgan Chase & Co | | | | | | | | | |
| 1034. -JP Morgan Chase & Co | | | | | Bot | 06/22 | | | |
| 1035. -Morgan Stanley | | | | | | | | | |
| 1036. -Motorola Inc | | | | | | | | | |
| 1037. -PPG Industries Inc | | | | | Part Sold | 06/22 | | | |
| 1038. -Proctor & Gamble Co | | | | | | | | | |
| 1039. -Schlumberger Ltd | | | | | Part Sold | 06/22 | | | |
| 1040. -Schlumberger Ltd | | | | | Part Sold | 12/02 | | | |
| 1041. -3M Company | | | | | | | | | |
| 1042. -Verizon Comm Inc | | | | | | | | | |
| 1043. -Wells Fargo & Co New | | | | | | | | | |
| 1044. -Wyeth | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
    (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
    (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
    (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1045. -Zimmer Holdings Inc | | | | | | | | | |
| 1046. Trust #7 (No Income Rec'd) | None | | P2 | T | | | P1 | H1 | See Section VIII #1 |
| 1047. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 1048. -Allentown PA Sch Dist 1.4 - 2005 | | | | | Matured | 03/15 | | | |
| 1049. -Bensalem Twp PA G.O. 5.3 - 2007 | | | | | | | | | |
| 1050. -Bensalem Twp PA S.D. 5.35 - 2007 | | | | | | | | | |
| 1051. -Central Bucks PA Sch Dist 2.5 - 2008 | | | | | | | | | |
| 1052. -Chichester Sch Dist PA 2.5 - 2009 | | | | | | | | | |
| 1053. -Connecticut St Spl Tax Oblig Rev 2.0 -2006 | | | | | | | | | |
| 1054. -Delaware Cnty PA Auth Univ Rev 1.6 - 2006 | | | | | | | | | |
| 1055. -Dillsburg PA Area Wtr Auth 2.25 - 2008 | | | | | | | | | |
| 1056. -Forest Area Sch Dist PA 3.3-2012 | | | | | Bot | 07/26 | | | |
| 1057. -Hermitage PA Sch Dist 1.4 - 2006 | | | | | | | | | |
| 1058. -Indiana Transn Fin Auth Hwy Rev 3.0 - 2009 | | | | | | | | | |
| 1059. -McKeesport PA S.D. 5.5-2007 | | | | | | | | | |
| 1060. -Monroe Twp PA 3.0- 2010 | | | | | | | | | |
| 1061. -Monroeville Penn Ser A 1.55 -2010 | | | | | | | | | |
| 1062. -North Hampton Penn Area Sch Dist 2.6 - 2008 | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1063. -PA State Pub Sch Bldg Auth 5.0-2005 | | | | | Matured | 10/03 | | | |
| 1064. -Palmyra Penn Area Sch Dist 1.45 - 2005 | | | | | Matured | 06/01 | | | |
| 1065. -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | | | | | |
| 1066. -Peters Twp PA San Auth 2.25 - 2007 | | | | | | | | | |
| 1067. -Scranton Penn Ser A 3.0 - 2010 | | | | | | | | | |
| 1068. -St Pub Sch Bldg Auth PA College Rev 2.0 - 2007 | | | | | | | | | |
| 1069. -Tobyhanna Twp PA 1.25 - 2005 | | | | | Matured | 07/15 | | | |
| 1070. -Union Cnty NJ Impr Auth GTD Rev 2.0 - 2005 | | | | | Natured | 08/15 | | | |
| 1071. -Washtenaw Mich Cmnty College 3.5 - 2010 | | | | | | | | | |
| 1072. -Waynesboro PA Area Sch Dist 2.0 - 2007 | | | | | | | | | |
| 1073. -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | Bot | 10/18 | | | |
| 1074. -Acco Brands Corp (Recd fr Fortune spinoff) | | | | | Received | 08/18 | | | |
| 1075. -Acco Brands Corp | | | | | Sold | 12/02 | | | |
| 1076. -Agilent Tech Inc | | | | | | | | | |
| 1077. -Bank of America Corp | | | | | | | | | |
| 1078. -ChevronTexaco Corp | | | | | | | | | |
| 1079. -Citigroup Inc | | | | | | | | | |
| 1080. -Walt Disney Co | | | | | Part Sold | 12/02 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1081. -Dominion Resources Inc VA | | | | | | | | | |
| 1082. -Dow Chemical | | | | | | | | | |
| 1083. -Emerson Electric Co | | | | | Part Sold | 12/02 | | | |
| 1084. -Federal Home Loan Mtg | | | | | | | | | |
| 1085. -Fortune Brands Inc | | | | | Bot | 06/22 | | | |
| 1086. -Fortune Brands Inc (Spinoff of Acco Brands) | | | | | Spinoff | 08/18 | | | |
| 1087. -FPL Group Inc | | | | | | | | | |
| 1088. -General Electric Co | | | | | Part Sold | 06/22 | | | |
| 1089. -General Electric Co | | | | | Part Sold | 12/02 | | | |
| 1090. -General Motors Corp | | | | | Sold | 03/22 | | | |
| 1091. -Hewlett-Packard Co | | | | | Part Sold | 12/02 | | | |
| 1092. -Int'l Business Machines Corp | | | | | Part Sold | 12/02 | | | |
| 1093. -Intel Corp | | | | | Part Sold | 12/02 | | | |
| 1094. -Ishares Trust | | | | | | | | | See Section VIII #3 |
| 1095. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 06/22 | | | |
| 1096. -Ishares Trust MSCI Emerging Mkts Index Fd | | | | | Bot | 12/02 | | | |
| 1097. -Ishares Trust | | | | | | | | | See Section VIII #3 |
| 1098. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 06/22 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1099. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 12/02 | | | |
| 1100. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 1101. -MBNA Corp | | | | | | | | | |
| 1102. -Marriott Int'l Inc | | | | | | | | | |
| 1103. -Mc Graw Hill Cos Inc | | | | | | | | | |
| 1104. -Medco Hlth Solutions Inc | | | | | Part Sold | 06/22 | | | |
| 1105. -JP Morgan Chase & Co | | | | | Bot | 06/22 | | | |
| 1106. -JP Morgan Chase & Co | | | | | Bot | 12/02 | | | |
| 1107. -Morgan Stanley | | | | | | | | | |
| 1108. -Norfolk Southern Corp | | | | | Part Sold | 12/02 | | | |
| 1109. -Old Republic Int'l Corp | | | | | | | | | |
| 1110. -Pfizer Inc | | | | | Sold | 12/02 | | | |
| 1111. -Sara Lee Corp | | | | | | | | | |
| 1112. -3M Co | | | | | Part Sold | 06/22 | | | |
| 1113. -3M Co | | | | | Part Sold | 12/02 | | | |
| 1114. -Verizon Comm Inc | | | | | | | | | |
| 1115. -Wal-Mart Stores Inc | | | | | Sold | 06/22 | | . | |
| 1116. -Wal-Mart Stores Inc | | | | | Bot | 07/26 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1117.  -Wells Fargo & Co New | | | | | | | | | |
| 1118.  -Weyerhauser Co | | | | | Part Sold | 06/22 | | | |
| 1119.  -Weyerhauser Co | | | | | Part Sold | 12/02 | | | |
| 1120.  -Wyeth | | | | | | | | | |
| 1121.  Trust #8-A          (GST Exempt Trust) | E | Div & Int | O | T | | | L | E | See Section VIII #1 |
| 1122.  -Mellon MM Funds Cl M | | | | | Sold | 03/04 | | | |
| 1123.  -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1124.  -Abbott Laboratories | | | | | | | | | |
| 1125.  -Amgen Inc | | | | | Part Sold | 06/16 | | | |
| 1126.  -Avon Products | | | | | | | | | |
| 1127.  -Bank of America Corp | | | | | | | | | |
| 1128.  -Brinker Int'l Inc | | | | | | | | | |
| 1129.  -Bristol Myers Squibb Co | | | | | Sold | 12/01 | | | |
| 1130.  -Cisco Systems Inc | | | | | | | | | |
| 1131.  -Citigroup Inc | | | | | | | | | |
| 1132.  -Disney Walt Co | | | | | | | | | |
| 1133.  -EMC Corp Mass | | | | | | | | | |
| 1134.  -Exxon Mobil Corp | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1135. -Fed National Mtg Assn | | | | | Sold | 10/13 | | | |
| 1136. -Home Depot Inc | | | | | | | | | |
| 1137. -Intel Corp | | | | | Part Sold | 06/16 | | | |
| 1138. -Int'l Game Technology | | | | | | | | | |
| 1139. -Johnson & Johnson | | | | | | | | | |
| 1140. -Microsoft Corp | | | | | | | | | |
| 1141. -Northrop Grumman Corp | | | | | | | | | |
| 1142. -Omnicom Group Inc | | | | | | | | | |
| 1143. -Pepsico Inc | | | | | | | | | |
| 1144. -Procter & Gamble Co | | | | | | | | | |
| 1145. -Royal Dutch Pete Co NY (Exch for Royal Dutch ..Shell) | | | | | Exchanged | 07/26 | | | |
| 1146. -Royal Dutch Shell (Recd fr Royal Dutch Pete ..exchange) | | | | | Received | 07/26 | | | |
| 1147. -Shell Trans & Trading ADR (Exch for Royal D S ..ADR-B) | | | | | Exchanged | 07/21 | | | |
| 1148. -Royal Dutch Shell ADR-B (Recd fr Shell Trans & ..Trade) | | | | | Received | 07/21 | | | |
| 1149. -Starwood Htls & Resorts Worldwide | | | | | Bot | 06/16 | | | |
| 1150. -Telefonos De Mexico ADR | | | | | | | | | |
| 1151. -Time Warner Inc | | | | | | | | | |
| 1152. -US Bancorp Del | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1153. -Verizon Comm | | | | | | | | | |
| 1154. -Wells Fargo & Co New | | | | | | | | | |
| 1155. -Yahoo Inc | | | | | Bot | 06/16 | | | |
| 1156. -Zimmer Hldgs Co | | | | | Sold | 12/01 | | | |
| 1157. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1158. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1159. -Mellon Int'l Fund Cl M | | | | | Bot | 12/22 | | | |
| 1160. -Mellon Mid Cap Stk Fund Cl M | | | | | | | | | |
| 1161. -Mellon Mid Cap Stk Fund Cl M | | | | | Bot | 06/14 | | | |
| 1162. -Mellon Mid Cap Stk Fund Cl M | | | | | Bot | 12/22 | | | |
| 1163. -Mellon Small Cap Stk Fund Cl M | | | | | | | | | |
| 1164. Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | M | | See Section VIII #1 |
| 1165. -Mellon MM Funds Cl M | | | | | Sold | 03/04 | | | |
| 1166. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1167. -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp ..7.375-2012 | | | | | | | | | |
| 1168. -Allegheny Cnty PA Port Auth SPL Rev 5.0-2021 | | | | | | | | | |
| 1169. -Altoona PA City Auth Water Rev 5.1-2012 | | | | | | | | | |
| 1170. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1171.  -Dauphin Cnty PA Gen Auth Rev Harrisburg Int ..5.35-2011 | | | | | Sold | 12/01 | | | |
| 1172.  -Dauphin Cnty PA Gen Auth Rev Harrisburg Intl ..5.4-2012 | | | | | Sold | 12/01 | | | |
| 1173.  -East Penn PA Sch Dist Ser A  4.75-2011 | | | | | Sold | 05/16 | | | |
| 1174.  -Lackawanna Cnty PA Ser A  5.35-2014 | | | | | | | | | |
| 1175.  -Lewisburg PA Area Sch Dist 5.0-2012 | | | | | | | | | |
| 1176.  -PA St Higher Edl Facs Auth College-Ser B 4.7- ..2009 | | | | | | | | | |
| 1177.  -PA St Higher Edl Facs Auth College-Ser B.4.6- ..2008 | | | | | | | | | |
| 1178.  -PA St Higher Edl Facs Auth Ser R 4.8-2012 | | | | | | | | | |
| 1179.  -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |
| 1180.  -PA St Tpk Commn Oil Fran Tax - Unrefunded ..5.25 - 2009 | | | | | | | | | |
| 1181.  -Pa St Tpk Commn Oil Fran Tax - Prerefunded ..5.25 - 2009 | | | | | | | | | |
| 1182.  -Perkiomen Vy Sch Dist PA 4.55-2006 | | | | | | | | | |
| 1183.  -Philadelphia PA Gas Wks Rev Second Ser 5.0- ..2011 | | | | | | | | | |
| 1184.  -Pittsburgh PA Sch Dist  4.25-2012 | | | | | | | | | |
| 1185.  -Pleasant Valley School Dist 4.1-2008 | | | | | | | | | |
| 1186.  -Spring-Ford Area School  4.8-2018 | | | | | | | | | |
| 1187.  -State Pub Sch Bldg PA College 2.6-2010 | | | | | Bot | 06/30 | | | |
| 1188.  -Trinity Area Sch Dist PA Ref-Ser B  4.6-2007 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1189. -Tunkhannock PA Area Sch Dist 4.75-2010 | | | | | | | | | |
| 1190. -Washington Cnty PA Auth Rev Girard College ..4.45-2010 | | | | | | | | | |
| 1191. -Alcoa Inc | | | | | | | | | |
| 1192. -AT&T (Recd fr SBC Comm name chg) | | | | | Received | 11/21 | | | |
| 1193. -Boston Scientific Corp | | | | | | | | | |
| 1194. -BP PLC Spons ADR | | | | | | | | | |
| 1195. -Bristol Myers Squibb Co | | | | | | | | | |
| 1196. -Cisco Systems | | | | | | | | | |
| 1197. -Citigroup Inc | | | | | | | | | |
| 1198. -DuPont EI Nemours & Co | | | | | | | | | |
| 1199. -Electronic Arts Inc | | | | | Bot | 06/16 | | | |
| 1200. -EMC Corp | | | | | | | | | |
| 1201. -Fed Nat'l Mortgage Assoc | | | | | | | | | |
| 1202. -Freeport-McM Copr Gold Cl B | | | | | | | | | |
| 1203. -General Electric | | | | | | | | | |
| 1204. -Goldman Sachs Group Inc | | | | | | | | | |
| 1205. -Hewlett Packard Co | | | | | Sold | 02/17 | | | |
| 1206. -Intel Corp | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of repotting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1207. -Johnson & Johnson | | | | | | | | | |
| 1208. -JP Morgan Chase & Co | | | | | Part Sold | 06/16 | | | |
| 1209. -Kohls Corp | | | | | | | | | |
| 1210. -Masco Corp | | | | | Bot | 06/16 | | | |
| 1211. -Merck & Co Inc | | | | | Sold | 08/26 | | | |
| 1212. -Microsoft Corp | | | | | | | | | |
| 1213. -New York Fire-Shield Inc | | | | | | | | | |
| 1214. -PPG Industries Inc | | | | | | | | | |
| 1215. -Providian Financial (Merged intoWashington ..Mutual) | | | | | Merged | 10/06 | | | |
| 1216. -Royal Dutch Pete Co NY (Exch for Royal Dutch ..Shell) | | | | | Exchanged | 07/22 | | | |
| 1217. -Royal Dutch Shell (Recd fr Royal Dutch Pete ..exchange) | | | | | Received | 07/22 | | | |
| 1218. -SBC Comm Inc (Name chg to AT&T Inc) | | | | | Delivered | 11/21 | | | |
| 1219. -3M Co | | | | | | | | | |
| 1220. -The St Paul Travelers Cos | | | | | | | | | |
| 1221. -Time Warner Inc | | | | | | | | | |
| 1222. -Tyco Int'l Ltd New | | | | | Bot | 06/16 | | | |
| 1223. -United Health Group Inc | | | | | | | | | |
| 1224. -United Parcel Svc Cl B | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. -Verizon Communications | | | | | Part Sold | 06/16 | | | |
| 1226. -Wal-Mart Stores Inc | | | | | | | | | |
| 1227. -Washington Mutual Inc (Recd fr Providian ..merger) | | | | | Received | 10/06 | | | |
| 1228. -Zimmer Hldgs Inc | | | | | | | | | |
| 1229. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 1230. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 01/03 | | | |
| 1231. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1232. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1233. -Mellon Optima (Recd fr Mellon Hedge convert) | | | | | Received | 05/02 | | | |
| 1234. -Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 1235. -Mellon Hedge Fund #1(Convert to Optima) | | | | | Converted | 05/02 | | | |
| 1236. -Midcap SPDR Tr Unit Ser 1 | | | | | | | | | |
| 1237. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 1238. -Royalty Pmts-Cetus Health Care Ltd Partnership II | | | | | | | | | |
| 1239. Trust #9 (GST Exempt) | D | Interest | O | T | | | L | C | See Section VIII #1 |
| 1240. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1241. -Air Products & Chemicals | | | | | | | | | |
| 1242. -Alcoa Inc | | | | | Sold | 12/01 | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1243. -Amgen Inc | | | | | | | | | |
| 1244. -Bank of America Corp | | | | | | | | | |
| 1245. -Block H&R Inc | | | | | | | | | |
| 1246. -Federal Nat'l Mtg Assn | | | | | Sold | 10/13 | | | |
| 1247. -First Data Corp | | | | | Sold | 12/01 | | | |
| 1248. -Hewlett Packard Co | | | | | Sold | 02/17 | | | |
| 1249. -Johnson & Johnson | | | | | | | | | |
| 1250. -Kohls Corp | | | | | Sold | 12/01 | | | |
| 1251. -Laboratory Corp Amer Hldgs | | | | | Sold | 06/16 | | | |
| 1252. -Microsoft Corp | | | | | | | | | |
| 1253. -Riverfront Cap Fund LP | | | | | | | | | See Section VIII #4 |
| 1254. -Sysco Corp | | | | | Bot | 06/16 | | | |
| 1255. -Target Corp | | | | | | | | | |
| 1256. -Time Warner Inc | | | | | | | | | |
| 1257. -US Bancorp Del | | | | | | | | | |
| 1258. -Wells Fargo & Co New | | | | | | | | | |
| 1259. -Mineral Int Rumley/German Twps Harrison Co ..Ohio | | | | | | | | | |
| 1260. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1261. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 01/03 | | | |
| 1262. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1263. -Mellon Int'l Fund Cl M | | | | | Bot | 06/14 | | | |
| 1264. -Mellon Int'l Fund Cl M | | | | | Bot | 12/22 | | | |
| 1265. -Mellon Large Cap Stk Fd Cl M | | | | | Bot | 12/22 | | | |
| 1266. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1267. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 06/14 | | | |
| 1268. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | See Section VIII #4 |
| 1269. Trust #10 (GST Non-Exempt) | E | Interest | P1 | T | | | L | B | See Section VIII #1 |
| 1270. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1271. -Allegheny Cnty PA PO 4.125 - 2009 | | | | | | | | | |
| 1272. -Allegheny Cnty PA 3.0-2010 | | | | | Bot | 01/19 | | | |
| 1273. -Luzerne Cnty PA 2.85-2010 | | | | | Bot | 06/30 | | | |
| 1274. -Manheim Twp PA Gen Mu 4.35 - 2010 | | | | | | | | | |
| 1275. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |
| 1276. -Norwin PA Sch Dist 4.5 - 2014 | | | | | | | | | |
| 1277. -Penn Delco PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1278. -Penn Manor Sch Dist 4.45 - 2011 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1279. -Pittsburgh PA 4.6 - 2012 | | | | | | | | | |
| 1280. -Pottstown PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1281. -Southern Huntington 4.25 - 2013 | | | | | | | | | |
| 1282. -University Area Jt Auth 4.0 - 2006 | | | | | | | | | |
| 1283. -Abbott Laboratories | | | | | | | | | |
| 1284. -Air Products Chemicals | | | | | | | | | |
| 1285. -Alcoa Inc | | | | | Part Sold | 12/01 | | | |
| 1286. -American Int'l Group Inc | | | | | | | | | |
| 1287. -Amgen Inc | | | | | | | | | |
| 1288. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1289. -Automatic Data Processing Inc | | | | | | | | | |
| 1290. -Bank of America Corp | | | | | | | | | |
| 1291. -Block H&R Inc | | | | | | | | | |
| 1292. -Bristol Myers Squibb Co | | | | | Sold | 06/16 | | | |
| 1293. -Burlington Resources Inc | | | | | Part Sold | 12/01 | | | |
| 1294. -Cisco Systems Inc | | | | | | | | | |
| 1295. -Citigroup Inc | | | | | | | | | |
| 1296. -Clorox Co | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1297. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 1298. -Concophillips | | | | | | | | | |
| 1299. -Dell Inc | | | | | | | | | |
| 1300. -Disney Walt Co | | | | | | | | | |
| 1301. -DuPont E I DeNemours & Co | | | | | | | | | |
| 1302. -EMC Corp Mass | | | | | | | | | |
| 1303. -Electronic Arts Inc | | | | | | | | | |
| 1304. -El Pasco Corp | | | | | | | | | |
| 1305. -Exxon Mobil Corp | | | | | | | | | |
| 1306. -Federal Nat'l Mtg Assn | | | | | Sold | 10/13 | | | |
| 1307. -Harley Davidson Inc | | | | | | | | | |
| 1308. -Hershey Foods Corp | | | | | | | | | |
| 1309. -Hewlett Packard Co | | | | | Sold | 02/17 | | | |
| 1310. -Honeywell Int'l Inc | | | | | | | | | |
| 1311. -IBM Co | | | | | | | | | |
| 1312. -Intel Corp | | | | | | | | | |
| 1313. -J P Morgan Chase & Co | | | | | | | | | |
| 1314. -Johnson & Johnson | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1315. -Kimberly Clark Corp | | | | | | | | | |
| 1316. -Kraft Foods Inc Cl A | | | | | Sold | 12/01 | | | |
| 1317. -Lilly Eli & Co | | | | | | | | | |
| 1318. -Lowe's Cos Inc | | | | | | | | | |
| 1319. -Microsoft Corp | | | | | | | | | |
| 1320. -Neehan Paper Inc | | | | | Sold | 06/16 | | | |
| 1321. -Pepsico Inc | | | | | | | | | |
| 1322. -Pfizer Inc | | | | | | | | | |
| 1323. -Procter & Gamble Co | | | | | | | | | |
| 1324. -Sap Aktiengellschaft ADR | | | | | | | | | |
| 1325. -Schlumberger Ltd | | | | | | | | | |
| 1326. -Station Casinos Inc | | | | | | | | | |
| 1327. -Symantec Corp | | | | | | | | | |
| 1328. -Time Warner Inc | | | | | Part sold | 12/01 | | | |
| 1329. -Tyco Inc Ltd New | | | | | | | | | |
| 1330. -US Bancorp Del | | | | | | | | | |
| 1331. -Valero L P | | | | | | | | | |
| 1332. -Verizon Communications | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1333. -Wells Fargo & Co New | | | | | | | | | |
| 1334. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1335. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1336. -Mellon Int'l Fund Cl M | | | | | Bot | 06/14 | | | |
| 1337. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1338. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 06/14 | | | |
| 1339. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1340. Custody Acct #2 (Invest Adv Acct 100% Int) | | | | | | | | | |
| 1341. -Fairfield PA 2.75-2007 | C | Interest | L | T | | | | | |
| 1342. -Greencastle Antrim PA 2.75 - 2008 | C | Interest | L | T | | | | | |
| 1343. -SEI Tax Exempt Trust | C | Interest | N | T | | | | | |
| 1344. -Laurel PA 3.0 - 2009 | A | Interest | L | T | Bot | 09/01 | L | | |
| 1345. -PA Comm 4.5-2006 | C | Interest | M | T | | | | | |
| 1346. -Warwick PA S.D. 4.4-2005 | C | Interest | | | Matured | 07/01 | L | A | |
| 1347. -Ltd Partnerships -- | | | | | | | | | |
| 1348. -J&S Realty Assocs, Markham, Ontario CN, Real ..Estate | B | Distribution | K | W | | | | | |
| 1349. -Agilent Tech Inc | | None | M | T | | | | | |
| 1350. -Alltel Corp | C | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000.000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15.001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1351. -Amgen Inc | | None | M | T | | | | | |
| 1352. -Automatic Data Processing | B | Dividend | M | T | | | | | |
| 1353. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1354. -Conagra Inc | D | Dividend | L | T | | | | | |
| 1355. -General Electric Co | C | Dividend | M | T | | | | | |
| 1356. -Hewlett-Packard Co | D | Dividend | O | T | | | | | |
| 1357. -Johnson & Johnson | D | Dividend | O | T | | | | | |
| 1358. -J P Morgan Chase & Co | C | Dividend | L | T | | | | | |
| 1359. -Kimberly Clark Corp | D | Dividend | N | T | | | | | |
| 1360. -Lilly (Eli) & Co | D | Dividend | O | T | | | | | |
| 1361. -Medtronics Inc | A | Dividend | M | T | | | | | |
| 1362. -Merck & Co | E | Dividend | N | T | | | | | |
| 1363. -Neenah Paper Inc | A | Dividend | J | T | | | | | |
| 1364. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1365. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1366. -Procter & Gamble | E | Dividend | P1 | T | | | | | |
| 1367. -Smucker J M Co | B | Dividend | L | T | | | | | |
| 1368. -3M Co | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Onl | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A - H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1369. Agency Acct #1 | | | | | | | | | |
| 1370. -Hillman-Burgettstown Mineral Acct (2.6% ..Income Int) | | None | J | U | Coal Royalty | | | | |
| 1371. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1372. -Abbott Laboratories | B | Dividend | L | T | | | | | |
| 1373. -Abgenix Inc | | None | L | T | Bot | 11/17 | L | | |
| 1374. -Airtran Hldgs Inc | | None | K | T | | | | | |
| 1375. -Aleris Int'l Inc | | None | | | Sold | 05/13 | M | L | |
| 1376. -Alliance Wordwide Privatization Fund, Cl A | A | Dividend | L | T | | | | | |
| 1377. -Amer International Group Inc | A | Dividend | K | T | | | | | |
| 1378. -Applied Microcircuits Corp | | None | K | T | | | | | |
| 1379. -Ariba Inc - New | | None | K | T | | | | | |
| 1380. -Bank of America Corp | C | Dividend | L | T | | | | | |
| 1381. -Barnes & Noble Inc | A | Dividend | L | T | | | | | |
| 1382. -Biogen IDEC Inc | | None | | | Sold | 03/31 | K | E | |
| 1383. -Biomet Inc | A | Dividend | M | T | | | | | |
| 1384. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1385. -Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 1386. -China Mobile Hong Kong Ltd | B | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1387.  -Citigroup Inc | D | Dividend | L | T | | | | | |
| 1388.  -Coach Inc | | None | M | T | | | | | |
| 1389.  -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1390.  -Comcast Corp Cl A | | None | K | T | | | | | |
| 1391.  -Comcast Corp Cl A - Spl | | None | L | T | | | | | |
| 1392.  -Conagra Foods | B | Dividend | | | Sold | 11/14 | K | | |
| 1393.  -Corning Inc | | None | K | T | | | | | |
| 1394.  -Cypress Semiconductor Corp Del | | None | L | T | Bot | 01/11 | L | | |
| 1395.  -Cytyc Corp | | None | L | T | | | | | |
| 1396.  -Dow Chemical | B | Dividend | K | T | | | | | |
| 1397.  -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1398.  -Electronic Data Sys Corp New | A | Dividend | L | T | | | | | |
| 1399.  -Emerson Electric | A | Dividend | K | T | | | | | |
| 1400.  -Encore Capital Group Inc | | None | L | T | | | | | |
| 1401.  -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1402.  -FPL Group Inc | B | Dividend | K | T | | | | | |
| 1403.  -Federated Dept Stores (Recd fr May Stores ..merger) | | None | K | T | Received | 09/01 | J | | |
| 1404.  -Flextronics Int'l Ltd USD | | None | L | T | Bot | 01/11 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1405. -Flextronics Intl Ltd USD | | | | | Bot | 11/04 | K | | |
| 1406. -Flextronics Int'l Ltd USD | | | | | Part Sold | 12/08 | L | | |
| 1407. -Foundry Networks Inc | | None | L | T | | | | | |
| 1408. -Gamestop Corp (Name chg to GamestopCorpNew) | | None | | | Name Chg | 10/10 | K | | |
| 1409. -Gamestop Corp New Cl B (recd fr Gamestop ..name chg) | | None | K | T | Received | 10/10 | K | | |
| 1410. -General Electric Co | D | Dividend | N | T | | | | | |
| 1411. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1412. -Google Inc | | None | L | T | Bot | 08/22 | L | | |
| 1413. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1414. -Hewlett-Packard Co | A | Dividend | | | Sold | 02/09 | K | D | |
| 1415. -Home Depot Inc | B | Dividend | M | T | | | | | |
| 1416. -Hospira Inc | | None | J | T | | | | | |
| 1417. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1418. -Lucent Technologies Inc | | None | K | T | | | | | |
| 1419. -May Department Stores (Merged into Fed Dept) | A | Dividend | | | Merged | 09/01 | J | E | |
| 1420. -Medco Hlth Solutions Inc | | None | L | T | | | | | |
| 1421. -Memc Electronic Mtls Inc | | None | L | T | Bot | 09/20 | L | | |
| 1422. -Merck & Co Inc | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1423. -Microsoft Corp | A | Dividend | L | T | | | | | |
| 1424. -Pepsico Inc | B | Dividend | M | T | | | | | |
| 1425. -Petco Animal Supply Inc - New | | None | K | T | | | | | |
| 1426. -Pfizer Inc | C | Dividend | M | T | | | | | |
| 1427. -Plug Power Inc | | None | L | T | Bot | 02/01 | L | | |
| 1428. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 1429. -Royal Dutch Petroleum Co (Exch for Royal ..Dutch Shell) | A | Dividend | | | Exchanged | 07/20 | K | | |
| 1430. -Royal Dutch Shell (Recd fr Royal Dutch Pete ..exchange) | A | Dividend | K | T | Received | 07/20 | K | | |
| 1431. -Sanofi-Synthelabo | C | Dividend | M | T | | | | | |
| 1432. -Sara Lee Corp | B | Dividend | L | T | | | | | |
| 1433. -Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 1434. -Sonic Innovations Inc | | | | | Bot | 04/20 | K | | |
| 1435. -Sonic Innovations Inc | | None | K | T | Bot | 12/08 | J | | |
| 1436. -Spatialight Inc | | None | K | T | Bot | 05/20 | L | | |
| 1437. -Suncor Energy Inc | A | Dividend | L | T | Bot | 10/26 | L | | |
| 1438. -Symantec Corp | | None | K | T | | | | | |
| 1439. -Teco Energy, Inc | B | Dividend | L | T | | | | | |
| 1440. -3M Co | C | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1441. -Trex Inc | . | None | K | T | Bot | 02/09 | L | | |
| 1442. -Trex Inc | | | | | Bot | 11/04 | K | | |
| 1443. -Trex Inc | | | | | Part Sold | 12/08 | L | | |
| 1444. -Unilever NV New York Shs New | B | Dividend | K | T | | | | | |
| 1445. -Verizon Comm Inc | C | Dividend | L | T | | | | | |
| 1446. -Wal-Mart Stores Inc | A | Dividend | L | T | | | | | |
| 1447. -Washington Mutual Inc | C | Dividend | L | T | | | | | |
| 1448. -Watts Wtr Technologies Inc | | None | L | T | Bot | 06/23 | L | | |
| 1449. -Watts Wtr Technologies Inc | | | | | Bot | 11/14 | L | | |
| 1450. -Watts Wtr Technologies Inc | | | | | Part Sold | 12/08 | L | | |
| 1451. -Wyeth | B | Dividend | M | T | | | | | |
| 1452. -Zimmer Holdings Inc | | None | K | T | | | | | |
| 1453. -Templeton Developing Mkts | B | Dividend | L | T | | | | | |
| 1454. -Advanta Bank Corp - UT CD 1.6-2005 | B | Interest | | | Matured | 01/21 | L | B | |
| 1455. -Capital One Bank CD 2.9 - 2006 | C | Interest | L | T | | | | | |
| 1456. -Lehman Bros Bank-FSB DE CD 2.15-2005 | B | Interest | | | Matured | 07/28 | L | | |
| 1457. -Westernbank Puerto Rido PR CD 2.5-2005 | B | Interest | | | Matured | 11/03 | L | | |
| 1458. -India Fund Inc | | None | L | T | Bot | 04/06 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1459. -Templeton Russia E Europe Fd Inc | B | Dividend | L | T | Bot | 04/06 | L | | |
| 1460. -Smith Barney Money Funds | C | Dividend | O | T | Mon Mkt Inv | | | | |
| 1461. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1462. -Blackrock US Treas MM Fd #02 | A | Dividend | J | T | Mon Mkt Inv | | | | |
| 1463. -State Lease 195 (Operated by Gulf Stream ..Resources,Inc) | | (No income) | | | | | | | |
| 1464. -Rycade Lease Section 28 (operated by Termo Co) | | (No income) | | | | | | | |
| 1465. Note Rec from Ron Bacon* (D/B/A Village Deli) ..(*default) | | None | L | U | | | | | |
| 1466. Trust #11 (6.25% income interest) | A | Div & Int | L | T | | | J | D | See Section VIII #1 |
| 1467. -Cisco Systems Inc | | | | | | | | | |
| 1468. -Comcast Corp Cl A | | | | | | | | | |
| 1469. -Exxon Mobil Corp | | | | | Part Sold | 03/31 | | | |
| 1470. -Johnson & Johnson | | | | | | | | | |
| 1471. -Monsanto Co | | | | | Sold | 03/31 | | | |
| 1472. -Pfizer Inc | | | | | | | | | |
| 1473. -PPG Industries Inc | | | | | | | | | |
| 1474. -Blackrock US Treas Inst Cl Fd #02 | | | | | Mon Mkt Inv | | | | |
| 1475. -Calamos Growth Fund #606 | | | | | Bot | 03/29 | | | |
| 1476. -Calamos Growth Fund #606 | | | | | Bot | 11/21 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1477. -Harbor Fund Int'l #11 | | | | | Bot | 03/29 | | | |
| 1478. -Harbor Fund Int'l #11 | | | | | Bot | 12/22 | | | |
| 1479. Trust #12 (6.25% income interest) | D | Div & Int | N | T | | | K | E | See Section VIII #1 |
| 1480. -Blackrock MM Fund #01 | | | | | Mon Mkt Inv | | | | |
| 1481. -Agilent Technologies (IPO) | | | | | | | | | |
| 1482. -American Int'l Group Inc | | | | | | | | | |
| 1483. -Amgen Inc | | | | | | | | | |
| 1484. -Bank of America | | | | | | | | | |
| 1485. -Baxter Intl | | | | | Sold | 03/31 | | | |
| 1486. -Boeing Co | | | | | | | | | |
| 1487. -Citigroup Inc | | | | | | | | | |
| 1488. -Costco Wholesale Corp | | | | | | | | | |
| 1489. -Dell Inc | | | | | | | | | |
| 1490. -Equitable Resourses Inc | | | | | | | | | |
| 1491. -Exxon Mobil Corp | | | | | Part Sold | 03/31 | | | |
| 1492. -Exxon Mobil Corp | | | | | Part Sold | 09/15 | | | |
| 1493. -Fifth Third Bancorp | | | | | Sold | 03/31 | | | |
| 1494. -Freddie Mac (Also known as Fed Home Loan Mtg ..Corp) | | | | | Sold | 03/31 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1495. -General Electric Co | | | | | Part Sold | 03/31 | | | |
| 1496. Hewlett-Packard Co | | | | | | | | | |
| 1497. -Ingersoll Rand | | | | | Bot | 03/29 | | | |
| 1498. -Intel Corp | | | | | Part Sold | 03/31 | | | |
| 1499. -Int'l Business Machines Corp | | | | | | | | | |
| 1500. -Johnson & Johnson | | | | | | | | | |
| 1501. -Kohls Corp | | | | | Sold | 03/31 | | | |
| 1502. -Legg Mason Inc | | | | | Bot | 03/31 | | | |
| 1503. -McDonalds Corp | | | | | | | | | |
| 1504. -Medtronic Inc | | | | | | | | | |
| 1505. -Oracle Corp | | | | | Sold | 03/31 | | | |
| 1506. -Pfizer Inc | | | | | | | | | |
| 1507. -Pfizer Inc | | | | | Bot | 03/31 | | | |
| 1508. -Pepsico Inc | | | | | | | | | |
| 1509. -PPG Industries Inc | | | | | | | | | |
| 1510. -Procter & Gamble Co | | | | | Bot | 03/31 | | | |
| 1511. -Stryker Corp | | | | | | | | | |
| 1512. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1513.  -Teva Pharmaceutical Inds Ltd ADR | | | | | Bot | 03/31 | | | |
| 1514.  -Unilever NV New York Shs New | | | | | | | | | |
| 1515.  -Verizon Communications Inc | | | | | | | | | |
| 1516.  -Artisan Fds Inc Int'l Fd #661 | | | | | | | | | |
| 1517.  -Artisan Fds Inc Int'l Fd #661 | | | | | Bot | 03/29 | | | |
| 1518.  -Fidelity Adv Diversity Int'l Fd #734 | | | | | Bot | 03/29 | | | |
| 1519.  -Fidelity Adv Diversity Int'l Fd #734 | | | | | Bot | 12/12 | | | |
| 1520.  -Ishares Trust MSCI Emerging Index Fd | | | | | Bot | 03/31, | | | |
| 1521.  -Janus Mid Cap Value Fd | | | | | | | | | |
| 1522.  -Janus Mid Cap Value Fd | | | | | Bot | 12/21 | | | |
| 1523.  -R S Investment Mgmt Small Co Growth Fund | | | | | | | | | |
| 1524.  -R S Investment Mgmt Small Co Growth Fund | | | | | Bot | 03/29 | | | |
| 1525.  -R S Investment Mgmt Small Co Growth Fund | | | | | Bot | 12/12 | | | |
| 1526.  Fiduciary Positions - - | | | | | | | | | |
| 1527.  Trust #13  (No income rec'd) | | None | O | T | | | M | F | See Section VIII #1 |
| 1528.  -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 1529.  -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1530.  -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Mellon Nat'l Muni MM Fd | | | | | Bot | 03/04 | | | |
| 1532. -Abbott Laboratories | | | | | Part Sold | 03/23 | | | |
| 1533. -Agilent Technologies Inc | | | | | Sold | 01/27 | | | |
| 1534. -Alltel Corp | | | | | Bot | 07/27 | | | |
| 1535. -Altria Group Inc | | | | | | | | | |
| 1536. -Altria Group Inc | | | | | Bot | 03/30 | | | |
| 1537. -Altria Group Inc | | | | | Part Sold | 09/02 | | | |
| 1538. -Amdocs Ltd | | | | | Bot | 02/09 | | | |
| 1539. -Amdocs Ltd | | | | | Bot | 03/30 | | | |
| 1540. -American Express Co | | | | | Part Sold | 03/08 | | | |
| 1541. -American Express Co | | | | | Bot | 03/30 | | | |
| 1542. -American Express (Spinoff of Amerprise Fin) | | | | | Spinoff | 10/05 | | | |
| 1543. -Amerida Hess Corp | | | | | | | | | |
| 1544. -Amerida Hess Corp | | | | | Bot | 03/30 | | | |
| 1545. -American Int'l Group | | | | | Bot | 03/30 | | | |
| 1546. -American Int'l Group | | | | | Bot | 04/05 | | | |
| 1547. -American Int'l Group | | | | | Bot | 08/09 | | | |
| 1548. -Amerprise Fin (Recd fr American Exp spinoff) | | | | | Received | 10/05 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1549. -Amgen Inc | | | | | | | | | |
| 1550. -Amgen Inc | | | | | Bot | 03/30 | | | |
| 1551. -Amgen Inc | | | | | Part Sold | 07/27 | | | |
| 1552. -Apache Corp | | | | | | | | | |
| 1553. -Apache Corp | | | | | Bot | 03/30 | | | |
| 1554. -Apache Corp | | | | | Part Sold | 07/27 | | | |
| 1555. -Boeing Co | | | | | Sold | 01/20 | | | |
| 1556. -Boston Scientific | | | | | Sold | 03/08 | | | |
| 1557. -Capital One Financial Group | | | | | Part Sold | 03/16 | | | |
| 1558. -Capital One Financial Group | | | | | Bot | 03/30 | | | |
| 1559. -Capital One Financial Group | | | | | Bot | 11/16 | | | |
| 1560. -Caterpillar Inc | | | | | | | | | |
| 1561. -Caterpillar Inc | | | | | Bot | 01/19 | | | |
| 1562. -Caterpillar Inc | | | | | Bot | 03/30 | | | |
| 1563. -Caterpillar Inc | | | | | Part Sold | 05/26 | | | |
| 1564. -Caterpillar Inc | | | | | Part Sold | 06/14 | | | |
| 1565. -Chicos Fas Inc | | | | | Bot | 09/02 | | | |
| 1566. -Cisco Systems Inc | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1567. -Cisco System Inc | | | | | Bot | 03/30 | | | |
| 1568. -Cisco Systems Inc | | | | | Part Sold | 09/02 | | | |
| 1569. -Citigroup Inc | | | | | Part Sold | 03/23 | | | |
| 1570. -Coca Cola Co | | | | | Bot | 09/14 | | | |
| 1571. -Concophillips | | | | | Part Sold | 03/16 | | | |
| 1572. -Concophillips | | | | | Bot | 03/30 | | | |
| 1573. -Concophillips | | | | | Part Sold | 04/14 | | | |
| 1574. -Concophillips | | | | | Bot | 07/27 | | | |
| 1575. -Corning Inc | | | | | Bot | 09/02 | | | |
| 1576. -Danaher Corp | | | | | Bot | 03/30 | | | |
| 1577. -Danaher Corp | | | | | Bot | 08/09 | | | |
| 1578. -Deere & Co | | | | | Part Sold | 02/09 | | | |
| 1579. -Deere & Co | | | | | Bot | 03/30 | | | |
| 1580. -Deere & Co | | | | | Sold | 04/05 | | | |
| 1581. -Dell Inc | | | | | | | | | |
| 1582. -Dell Inc | | | | | Bot | 03/30 | | | |
| 1583. -Ebay Inc | | | | | | | | | |
| 1584. -Ebay Inc | | | | | Bot | 01/25 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1585. -Ebay Inc | | | | | Bot | 03/30 | | | |
| 1586. -Ebay Inc | | | | | Bot | 05/26 | | | |
| 1587. -Ebay Inc | | | | | Part Sold | 07/27 | | | |
| 1588. -Ebay Inc | | | | | Bot | 07/27 | | | |
| 1589. -Electronic Arts Inc | | | | | | | | | |
| 1590. -Electronic Arts Inc | | | | | Bot | 03/30 | | | |
| 1591. -EMC Corp | | | | | | | | | |
| 1592. -EMC Corp | | | | | Bot | 03/30 | | | |
| 1593. -Exelon Corp | | | | | | | | | |
| 1594. -Exelon Corp | | | | | Bot | 03/30 | | | |
| 1595. -Exelon Corp | | | | | Part Sold | 07/27 | | | |
| 1596. -Exxon Mobil Corp | | | | | Part Sold | 02/24 | | | |
| 1597. -Exxon Mobil Corp | | | | | Bot | 03/30 | | | |
| 1598. -Fisher Scientific Intl Inc | | | | | Bot | 07/27 | | | |
| 1599. -Freeport-McM Copper Gold | | | | | Bot | 04/05 | | | |
| 1600. -Freeport-McM Copper Gold | | | | | Bot | 07/27 | | | |
| 1601. -General Electric Co | | | | | Part Sold | 03/23 | | | |
| 1602. -General Mills Inc | | | | | Bot | 02/10 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1603. -General Mills Inc | | | | | Bot | 03/30 | | | |
| 1604. -General Mills Inc | | | | | Sold | 07/27 | | | |
| 1605. -Genzyme Corp General | | | | | Bot | 03/30 | | | |
| 1606. -Goldman Sachs Group Inc | | | | | | | | | |
| 1607. -Goldman Sachs Group Inc | | | | | Bot | 03/30 | | | |
| 1608. -Home Depot | | | | | Sold | 01/12 | | | |
| 1609. -Honeywell Int'l Inc | | | | | Part Sold | 03/16 | | | |
| 1610. -Honeywell Int'l Inc | | | | | Bot | 03/30 | | | |
| 1611. -Honeywell Int'l Inc | | | | | Part Sold | 07/27 | | | |
| 1612. -Inco Ltd | | | | | | | | | |
| 1613. -Inco Ltd | | | | | Bot | 03/30 | | | |
| 1614. -Inco Ltd | | | | | Part Sold | 04/05 | | | |
| 1615. -Ingersoll-Rand Co Cl A | | | | | Part Sold | 03/16 | | | |
| 1616. -Ingersoll-Rand Co Cl A | | | | | Bot | 03/30 | | | |
| 1617. -Ingersoll-Rand Co Cl A | | | | | Part Sold | 04/14 | | | |
| 1618. -Ingersoll-Rand Co Cl A | | | | | Bot | 07/27 | | | |
| 1619. -Intel Corp | | | | | | | | | |
| 1620. -Intel Corp | | | | | Bot | 03/30 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1621. -Intel Corp | | | | | Part Sold | 07/27 | | | |
| 1622. -Kimberly Clark | | | | | | | | | |
| 1623. -Kimberly Clark | | | | | Bot | 03/30 | | | |
| 1624. -Kimberly Clark | | | | | Sold | 07/27 | | | |
| 1625. -Kohls Corp | | | | | Sold | 02/18 | | | |
| 1626. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 1627. -Lehman Bros Hldgs Inc | | | | | Bot | 03/30 | | | |
| 1628. -Lilly Eli & Co | | | | | | | | | |
| 1629. -Lilly Eli & Co | | | | | Bot | 03/30 | | | |
| 1630. -Lilly Eli & Co | | | | | Bot | 04/29 | | | |
| 1631. -Lilly Eli & Co | | | | | Bot | 07/27 | | | |
| 1632. -Lowes Cos Inc | | | | | Bot | 01/12 | | | |
| 1633. -Lowes Cos Inc | | | | | Bot | 03/30 | | | |
| 1634. -Lowes Cos Inc | | | | | Part Sold | 07/27 | | | |
| 1635. -Masco Corp | | | | | Bot | 02/24 | | | |
| 1636. -Masco Corp | | | | | Bot | 03/30 | | | |
| 1637. -Masco Corp | | | | | Sold | 09/06 | | | |
| 1638. -MBNA Corp | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1645. | -Medtronic Inc | | | | | |
| 1646. | -Medtronic Inc | | | | Bot | 03/30 |
| 1647. | -Microsoft Corp | | | | | |
| 1648. | -Microsoft Corp | | | | Bot | 03/30 |
| 1649. | -JP Morgan Chase & Co | | | | Part Sold | 02/09 |
| 1650. | -JP Morgan Chase & Co | | | | Bot | 03/30 |
| 1651. | -Motorola Inc | | | | Bot | 08/09 |
| 1652. | -Neehan Paper | | | | Sold | 01/11 |
| 1653. | -News Corp Inc | | | | | |
| 1654. | -News Corp Inc | | | | Bot | 03/30 |
| 1655. | -News Corp Inc | | | | Part Sold | 07/27 |
| 1656. | -Nextel Communications Inc Cl A | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1657. -Nextel Communications Inc Cl A | | | | | Bot | 03/30 | | | |
| 1658. -Nextel Commn Inc Cl A (Merged with Sprint) | | | | | Merged | 08/17 | | | |
| 1659. -Noble Corp | | | | | | | | | |
| 1660. -Noble Corp | | | | | Bot | 03/30 | | | |
| 1661. -Paychex Inc | | | | | Sold | 02/10 | | | |
| 1662. -Pepsico Inc | | | | | Bot | 03/30 | | | |
| 1663. -Pepsico Inc | | | | | Part Sold | 07/27 | | | |
| 1664. -Pfizer Inc | | | | | | | | | |
| 1665. -Pfizer Inc | | | | | Bot | 03/30 | | | |
| 1666. -PPL Corp | | | | | Bot | 09/02 | | | |
| 1667. -Praxir Inc | | | | | | | | | |
| 1668. -Praxir Inc | | | | | Bot | 03/30 | | | |
| 1669. -Procter & Gamble | | | | | Part Sold | 03/23 | | | |
| 1670. -Qualcomm Inc | | | | | | | | | |
| 1671. -Qualcomm Inc | | | | | Bot | 03/30 | | | |
| 1672. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 03/30 | | | |
| 1673. -Sprint Corp | | | | | | | | | |
| 1674. -Sprint Corp | | | | | Bot | 03/30 | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000          M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                              P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)     S = Assessment          T = Cash/Market
   (See Column C2)             U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1675. -Sprint Corp (Merged with Nextel Corp) | | | | | Merged | 08/17 | | | |
| 1676. -Sprint Nextel Corp (Rec'd in Nextel merger) | | | | | Received | 08/17 | | | |
| 1677. -Sprint Nextel Corp | | | | | Part Sold | 09/14 | | | |
| 1678. -Starbucks Corp | | | | | Bot | 04/14 | | | |
| 1679. -Starbucks Corp | | | | | Bot | 09/02 | | | |
| 1680. -State Street Corp | | | | | | | | | |
| 1681. -State Street Corp | | | | | Bot | 03/30 | | | |
| 1682. -Symantec Corp | | | | | | | | | |
| 1683. -Symantec Corp | | | | | Bot | 03/30 | | | |
| 1684. -Symantec Corp | | | | | Bot | 04/14 | | | |
| 1685. -Symantec Corp | | | | | Bot | 07/27 | | | |
| 1686. -Symantec Corp | | | | | Sold | 11/16 | | | |
| 1687. -Sysco Corp | | | | | Bot | 04/14 | | | |
| 1688. -Sysco Corp | | | | | Bot | 07/27 | | | |
| 1689. -Sysco Corp | | | | | Sold | 09/14 | | | |
| 1690. -Target Corp | | | | | Part Sold | 01/11 | | | |
| 1691. -Target Corp | | | | | Bot | 03/30 | | | |
| 1692. -Target Corp | | | | | Sold | 04/15 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1693.  -The St Pauls Travelers Cos | | | | | | | | | |
| 1694.  -The St Pauls Travelers Cos | | | | | Bot | 03/30 | | | |
| 1695.  -Time Warner Inc | | | | | | | | | |
| 1696.  -Time Warner Inc | | | | | Bot | 03/30 | | | |
| 1697.  -Tyco Int'l Ltd New | | | | | Part Sold | 03/16 | | | |
| 1698.  -Tyco Int'l Ltd New | | | | | Bot | 03/30 | | | |
| 1699.  -Tyco Int'l Ltd New | | | | | Sold | 08/09 | | | |
| 1700.  -Unitedhealth Group | | | | | | | | | |
| 1701.  -Unitedhealth Group | | | | | Bot | 03/30 | | | |
| 1702.  -United Technologies Corp | | | | | Part Sold | 03/08 | | | |
| 1703.  -United Technologies Corp | | | | | Bot | 03/30 | | | |
| 1704.  -United Technologies Corp | | | | | Part Sold | 07/27 | | | |
| 1705.  -United Technologies Corp | | | | | Bot | 11/16 | | | |
| 1706.  -US Bancorp Del | | | | | Bot | 03/30 | | | |
| 1707.  -Walgreen Co | | | | | Bot | 07/27 | | | |
| 1708.  -Walgreen Co | | | | | Bot | 08/02 | | | |
| 1709.  -Wal-Mart Stores Inc | | | | | Part Sold | 01/11 | | | |
| 1710.  -Wal-Mart Stores Inc | | | | | Bot | 03/30 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1711. -Wal-Mart Stores Inc | | | | | Part Sold | 07/27 | | | |
| 1712. -Wells Fargo & Co New | | | | | | | | | |
| 1713. -Wells Fargo & Co New | | | | | Bot | 03/30 | | | |
| 1714. -Wyeth | | | | | | | | | |
| 1715. -Wyeth | | | | | Bot | 03/30 | | | |
| 1716. -Yahoo Inc | | | | | Bot | 06/14 | | | |
| 1717. -Yahoo Inc | | | | | Bot | 07/27 | | | |
| 1718. -Yahoo Inc | | | | | Bot | 11/16 | | | |
| 1719. -Yum Brands Inc | | | | | | | | | |
| 1720. -Yum Brands Inc | | | | | Bot | 03/30 | | | |
| 1721. -Yum Brands Inc | | | | | Sold | 09/06 | | | |
| 1722. -Zimmer Hldgs Inc | | | | | | | | | |
| 1723. -Zimmer Hldgs Inc | | | | | Bot | 03/30 | | | |
| 1724. -Zimmer Hldgs Inc | | | | | Part Sold | 04/29 | | | |
| 1725. -Zimmer Hldgs Inc | | | | | Part Sold | 05/26 | | | |
| 1726. -Zimmer Hldgs Inc | | | | | Sold | 06/14 | | | |
| 1727. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1728. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 01/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other. | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1729. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 03/21 | | | |
| 1730. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/30 | | | |
| 1731. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1732. -Mellon Int'l Fund Cl M | | | | | Bot | 12/16 | | | |
| 1733. -Mellon Mid Cap Stk Fund | | | | | Bot | 03/21 | | | |
| 1734. -Mellon Mid Cap Stk Fund | | | | | Bot | 12/09 | | | |
| 1735. -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 03/21 | | | |
| 1736. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/08 | | | |
| 1737. Trust #14 (No Benef Interest) | | None | O | T | | | B | D | See Section VIII #1 |
| 1738. | | | | | Mon Mkt Inv | | | | |
| 1739. -Dartmouth MA G O Unltd MBIA 4.5-2005 | | | | | Matured | 08/01 | | | |
| 1740. -Ipswich MA G O Unltd FGIC 4.8-2007 | | | | | | | | | |
| 1741. -Mass Bay Trans Auth MA Gen Trans Sys Ser A ..4.75-2007 | | | | | | | | | |
| 1742. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1743. -Automatic Data Processing Inc | | | | | | | | | |
| 1744. -Bank of America Corp | | | | | | | | | |
| 1745. -Chevron Texaco Corp | | | | | | | | | |
| 1746. -Conagra Foods Inc | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1747.  -General Electric Co | | | | | | | | | |
| 1748.  -Johnson & Johnson | | | | | | | | | |
| 1749.  -Microsoft Corp | | | | | | | | | |
| 1750.  -SEI Investment Co | | | | | | | | | |
| 1751.  -Sysco Corp | | | | | | | | | |
| 1752.  Trust #15  (No Benef Interest) | | None | P1 | T | | | C | | See Section VIII #1 |
| 1753.  -Blackrock PA Muni MM | | | | | Mon Mkt Inv | | | | |
| 1754.  -American Intl Group | | | | | | | | | |
| 1755.  -Amgen Inc | | | | | | | | | |
| 1756.  -Burlington Northern Santa Fe | | | | | | | | | |
| 1757.  -Computer Sciences Corp | | | | | | | | | |
| 1758.  -Conagra Inc | | | | | | | | | |
| 1759.  -Conagra Foods Inc | | | | | | | | | |
| 1760.  -Emerson Electric Co | | | | | | | | | |
| 1761.  -Hewlett-Packard Co | | | | | | | | | |
| 1762.  -MBNA Corp | | | | | | | | | |
| 1763.  -Medco Hlth Solutions Inc | | | | | | | | | |
| 1764.  -Medtronic Inc | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1765. -Merck & Co | | | | | | | | | |
| 1766. -Pepsico Inc | | | | | | | | | |
| 1767. -Procter & Gamble | | | | | | | | | |
| 1768. -Smucker J M Co | | | | | | | | | |
| 1769. -Wells Fargo & Co | | | | | | | | | |
| 1770. -Westfield MA G O Unltd MBIA 4.95-2008 | | | | | | | | | |
| 1771. Trust #16 | | | | | | | | | |
| 1772. -Trust #17 (No Benef Interest) | None | | O | T | | | O | E | See Section VIII #1 |
| 1773. -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 1774. -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1775. -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 1776. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1777. -Dreyfus Premium Calif Tax Ex Bd Fd | | | | | | | | | |
| 1778. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1779. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 01/03 | | | |
| 1780. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 04/07 | | | |
| 1781. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/30 | | | |
| 1782. -Mellon Income Stock Fd Cl M | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1783.  -Mellon Income Stock Fd Cl M | | | | | Bot | 04/07 | | | |
| 1784.  -Mellon Income Stock Fd Cl M | | | | | Bot | 12/23 | | | |
| 1785.  -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1786.  -Mellon Int'l Fund Cl M | | | | | Bot | 04/07 | | | |
| 1787.  -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1788.  -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 04/07 | | | |
| 1789.  -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1790.  -Mellon Mid Cap Stock Fund Cl M | | | | | Bot | 04/07 | | | |
| 1791.  -Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Bot | 04/07 | | | |
| 1792.  -Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Bot | 12/19 | | | |
| 1793.  -Mellon Nat'l Short-Term Bd Fd Cl M | | | | | Sold | 04/07 | | | |
| 1794.  -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 04/07 | | | |
| 1795.  -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/08 | | | |
| 1796.  Trust #18          (No Benef Interest) | | None | M | T | | | L | | See Section VIII #1 |
| 1797.  -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 1798.  -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1799.  -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 1800.  -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1801. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1802. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 01/03 | | | |
| 1803. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 04/13 | | | |
| 1804. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sol | 09/26 | | | |
| 1805. -Mellon Income Stk Fd Cl M | | | | | | | | | |
| 1806. -Mellon Income Stk Fd Cl M | | | | | Bot | 01/03 | | | |
| 1807. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 04/13 | | | |
| 1808. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 09/26 | | | |
| 1809. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1810. -Mellon Int'l Fund Cl M | | | | | Bot | 04/13 | | | |
| 1811. -Mellon Int'l Fund Cl M | | | | | Part Sold | 09/26 | | | |
| 1812. -Mellon Mid Cap Stk Fd Cl M | | | | | Part Sold | 09/26 | | | |
| 1813. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 09/26 | | | |
| 1814. -Mellon Short-Term US Gov Sec Fd Cl M | | | | | Sold | 09/26 | | | |
| 1815. -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 04/13 | | | |
| 1816. -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 09/26 | | | |
| 1817. Trust #19 (No Benef Interest) | | None | N | T | | | M | D | See Section VIII #1 |
| 1818. -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000) |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1819.  -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1820.  -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 1821.  -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1822.  -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1823.  -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 01/03 | | | |
| 1824.  -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 04/13 | | | |
| 1825.  -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 10/31 | | | |
| 1826.  -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/30 | | | |
| 1827.  -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1828.  -Mellon Int'l Fund Cl M | | | | | Bot | 04/13 | | | |
| 1829.  -Mellon Int'l Fund Cl M | | | | | Part Sold | 10/31 | | | |
| 1830.  -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1831.  -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 04/13 | | | |
| 1832.  -Mellon Lg Cap Stock Fund Cl M | | | | | Part Sold | 09/26 | | | |
| 1833.  -Mellon Mid Cap Stock Fund Cl M | | | | | Part Sold | 09/26 | | | |
| 1834.  -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 09/26 | | | |
| 1835.  -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 10/31 | | | |
| 1836.  -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 12/19 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. -Mellon Small Cap Stock Fd Cl M | | | | | Part Sold | 04/13 | | | |
| 1838. -Mellon Small Cap Stock Fd Cl M | | | | | Part Sold | 09/26 | | | |
| 1839. -Trust #20 (No Benef Interest) | None | | N | T | | | K | D | See Section VIII #1 |
| 1840. -DF Temp Inv Fd | | | | | Sold | 02/17 | | | |
| 1841. -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1842. -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 1843. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1844. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 04/06 | | | |
| 1845. -Mellon Income Stk Fd Cl M | | | | | | | | | |
| 1846. -Mellon Income Stk Fd Cl M | | | | | Bot | 01/03 | | | |
| 1847. -Mellon Income Stk Fd Cl M | | | | | Bot | 04/06 | | | |
| 1848. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/23 | | | |
| 1849. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1850. -Mellon Int'l Fund Cl M | | | | | Bot | 04/06 | | | |
| 1851. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1852. -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 04/06 | | | |
| 1853. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1854. -Mellon Mid Cap Stock Fund Cl M | | | | | Bot | 04/06 | | | |

| 1. Income/Gain Codes: (See Columns B.1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 1855. -Mellon Small Cap Stock Fd Cl M | | | | | Part Sold | 04/06 | | | |
| 1856. -Trust #21 (No Benef Interest) | | None | N | T | | | L | E | See Section VIII #1 |
| 1857. -DF Temp Invest Fd | | | | | Sold | 02/17 | | | |
| 1858. -Mellon Money Mkt Fund | | | | | Bot | 02/17 | | | |
| 1859. -Mellon Money Mkt Fund | | | | | Sold | 03/04 | | | |
| 1860. -Mellon Nat'l Muni MM Fund | | | | | Bot | 03/04 | | | |
| 1861. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 04/07 | | | |
| 1862. -Mellon Income Stk Fd Cl M | | | | | | | | | |
| 1863. -Mellon Income Stk Fd Cl M | | | | | Bot | 01/03 | | | |
| 1864. -Mellon Income Stk Fd Cl M | | | | | Bot | 04/07 | | | |
| 1865. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/23 | | | |
| 1866. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1867. -Mellon Int'l Fund Cl M | | | | | Bot | 04/07 | | | |
| 1868. -Mellon Int'l Fund Cl M | | | | | Bot | 12/16 | | | |
| 1869. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1870. -Mellon Lg Cap Stock Fund Cl M | | | | | Bot | 04/07 | | | |
| 1871. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1872. -Mellon Mid Cap Stock Fund Cl M | | | | | Bot | 04/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 5/4/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1873. -Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1874. -Mellon Nat'l Short-Term Muni Bd Fd Cl M | | | | | Sold | 04/07 | | | |
| 1875. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 04/07 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)


(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) Inadvertently, this stock was marked sold in the 2004 report.  It was only sold in the Sub Acct.  Shares are still held in the main account.

(3) This asset was inadverently listed as Ishares Trust in the 2004 report.  It should have been listed as two separate assets:  Ishares Trust MSCI Emerging Mkts Index Fund and Ishares Trust MSCI EAFE Index Fund.

(4) Assets were inadverently not listed as inherited in September 2004.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 5/4/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _5/5/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544